# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit,<br><br>               Plaintiff,<br><br>v.<br><br>Apollo Education Group Incorporated, et al.,<br><br>               Defendants. | No. CV-16-00689-PHX-DLR<br><br>**ORDER** |

      The Court has reviewed the parties' Joint Motion to Postpone Scheduling Conference. (Doc. 48.) For good cause shown,

      **IT IS ORDERED** that the September 15, 2016 scheduling conference, set by the Court's June 23, 2016 Order ("Rule 16 Order") (Doc. 42), is postponed until further Order, and the related deadlines set forth in the Rule 16 Order are hereby vacated.

      Dated this 30th day of June, 2016.

_____
Douglas L. Rayes
United States District Judge