1  TIFFANY & BOSCO P.A.
   RICHARD G. HIMELRICK (State Bar No. 004738)
2  2525 East Camelback Road, Seventh Floor
   Phoenix, AZ 85016
3  Tel:   (602) 255-6000
4  rgh@tblaw.com

5  *Local Counsel for Lead Plaintiff*
   *Government of Guam Retirement Fund*

6  BERNSTEIN LITOWITZ BERGER
7     & GROSSMANN LLP
   BLAIR A. NICHOLAS (*pro hac vice*)
8  DAVID R. STICKNEY (*pro hac vice*)
   RACHEL FELONG (*pro hac vice*)
9  BRANDON MARSH (*pro hac vice*)
   12481 High Bluff Drive, Suite 300
10 San Diego, CA 92130
   Tel:   (858) 793-0070
11 blairn@blbglaw.com
   davids@blbglaw.com
12 rachel.felong@blbglaw.com
   brandon.marsh@blbglaw.com
13
   *Counsel for Lead Plaintiff*
14 *Government of Guam Retirement Fund*
   *and Lead Counsel for the Class*
15

16              UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, Individually And On Behalf Of All Others Similarly Situated, | No. 2:16-cv-00689-DLR |
| Plaintiff, | **CLASS ACTION** |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Apollo Education Group, Inc. (F/K/A Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, Joseph L. D'Amico And Gregory J. Iverson, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of the Government of Guam Retirement Fund in compliance with the provisions of:

_X_   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_X_   No such corporation. Lead Plaintiff Government of Guam Retirement Fund states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*
_____Relationship_____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
_____Relationship_____

____   Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

-1-    Corporate Disclosure Statement
Case No. 2:16-cv-00689-DLR

| | | |
|---|---|---|
| 1 | Dated: July 5, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  */s/ David R. Stickney* |
| 4 | | Blair A. Nicholas (*pro hac vice*) |
| | | David R. Stickney (*pro hac vice*) |
| 5 | | Rachel Felong (*pro hac vice*) |
| 6 | | Brandon Marsh (*pro hac vice*) |
| | | BERNSTEIN LITOWITZ BERGER |
| 7 | |    & GROSSMANN LLP |
| 8 | | 12481 High Bluff Drive, Suite 300 |
| | | San Diego, CA 92130 |
| 9 | | Tel:    (858) 793-0070 |
| 10 | | blairn@blbglaw.com |
| | | davids@blbglaw.com |
| 11 | | rachel.felong@blbglaw.com |
| | | brandon.marsh@blbglaw.com |

*Counsel for Lead Plaintiff Government of Guam Retirement Fund, and Lead Counsel for the Class*

Richard G. Himelrick
TIFFANY & BOSCO P.A.
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016
Tel:    (602) 255-6000
rgh@tblaw.com

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the email addresses denoted in the Electronic Mail Notice List.

                                           */s/ David R. Stickney*
                                           DAVID R. STICKNEY