# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, | No. CV-16-00689-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Apollo Education Group Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Motion to Exceed Page Limits. (Doc. 60.) For good cause shown,

**IT IS ORDERED**:

1. Defendants' motion to dismiss and Plaintiffs' response thereto shall not exceed 35 pages, exclusive of the title and signature pages.

2. Defendants' reply in support of its motion to dismiss shall not exceed 20 pages, exclusive of the title and signature pages.

Dated this 23rd day of September, 2016.

Douglas L. Rayes
United States District Judge