David B. Rosenbaum, 009819
Maureen Beyers, 017134
Brian K. Mosley, 030841
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000
drosenbaum@omlaw.com
mbeyers@omlaw.com
bmosley@omlaw.com

Michael G. Bongiorno, *Pro Hac Vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street, 7 World Trade Center
New York, NY 10007
(212) 230-8800
Michael.bongiorno@wilmerhale.com

Peter A. Spaeth, *Pro Hac Vice To Be Filed*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6150
Peter.spaeth@wilmerhale.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apollo Education Group, Inc. (f/k/a Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz and William Pepicello,<br><br>Defendants. | No. 2:16-cv-00689-DLR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BRIAN K. MOSLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

**I, BRIAN K. MOSLEY, hereby declare:**

1. I am an attorney licensed to practice law in the State of Arizona, and admitted before this court. I am an associate at Osborn Maledon, counsel of record for Defendants Apollo Education Group, Inc. (f/k/a Apollo Group, Inc.) ("Apollo"), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz and William Pepicello (collectively "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("CAC"). I make this Declaration based on personal knowledge, except where otherwise indicated. All capitalized and abbreviated terms herein have the same meanings set forth in Defendants' Motion to Dismiss. If called as a witness, I would testify to the facts listed below. My Declaration authenticates thirty-three exhibits, which are listed below and organized into the following categories: (1) documents filed with the United States Securities and Exchange Commission (the "SEC"); (2) investor communications, including transcripts from investor conference calls and conferences; and (3) various publically available news reports and documents involving government entities.

**I.    SEC FILINGS**

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Apollo's Form 10-K, for the period ended August 31, 2010, as filed with the SEC on November 21, 2010.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of Apollo's Form 10-K, for the period ended August 31, 2011, as filed with the SEC on October 20, 2011.

4. Attached as **Exhibit 3** to this Declaration is a true and correct copy of Apollo's Form 10-K, for the period ended August 31, 2013, as filed with the SEC on October 22, 2013. The CAC cites to this document in paragraphs 23, 24, 26, 28, 79, 149-51, 204, 206, 230, 233, and 301.

5. Attached as **Exhibit 4** to this Declaration is a true and correct copy of Apollo's Form 10-K, for the period ended August 31, 2014, as filed with the SEC on

1  October 21, 2014.  The CAC cites to this document in paragraphs 23, 24, 26, 165, 221-
2  22, 240, 242, and 301.

3        6.      Attached as **Exhibit 5** to this Declaration is a true and correct copy of
4  Apollo's Form 10-Q, for the period ended May 31, 2015, as filed with the SEC on
5  June 29, 2015.  The CAC cites to this document in paragraphs 6, 23, 24, 179, 256, and
6  271.

7        7.      Attached as **Exhibit 6** to this Declaration is a true and correct copy of a
8  Form 4 from Gregory W. Cappelli, as filed with the SEC on September 17, 2013.

9        8.      Attached as **Exhibit 7** to this Declaration is a true and correct copy of a
10 Form 4 from Peter V. Sperling, as filed with the SEC on October 18, 2013.

11       9.      Attached as **Exhibit 8** to this Declaration is a true and correct copy of a
12 Form 4 from Gregory W. Cappelli, as filed with the SEC on October 26, 2015.

13       10.     Attached as **Exhibit 9** to this Declaration is a true and correct copy of a
14 Form 4 from Peter V. Sperling, as filed with the SEC on October 26, 2015.

15 **II.**     **APOLLO'S INVESTOR AND PUBLIC COMMUNICATIONS**

16       11.     Attached as **Exhibit 10** to this Declaration is a true and correct copy of a
17 transcript entitled "APOL - Q4 2013 Apollo Group, Inc. Earnings Conference Call"
18 from Thomson Reuters StreetEvents, dated October 22, 2013.  The CAC cites to this
19 call in paragraphs 9, 79, 152-54, 205, 232 and footnote 27.

20       12.     Attached as **Exhibit 11** to this Declaration is a true and correct copy of a
21 transcript entitled "Apollo Group, Inc. at JPMorgan Ultimate Services Investor
22 Conference – Final" from FD (Fair Disclosure) Wire, dated November 13, 2013.  The
23 CAC cites to this conference in paragraphs 38, 155, and 207-08.

24       13.     Attached as **Exhibit 12** to this Declaration is a true and correct copy of a
25 transcript entitled "Apollo Education Group Inc. at Credit Suisse Global Services
26 Conference - Final" from FD (Fair Disclosure) Wire, dated March 11, 2014.  The CAC
27 cites to this conference in paragraphs 157 and 209-10.

28

1       14.    Attached as **Exhibit 13** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q2 2014 Apollo Education Group Inc. Earnings Conference Call" from Thomson Reuters StreetEvents, dated April 1, 2014.  The CAC cites to this call in paragraphs 158, 211-12, and 262.

      15.    Attached as **Exhibit 14** to this Declaration is a true and correct copy of a transcript entitled "Apollo Education Group Inc. 2014 Investor & Analyst Meeting - Final" from FD (Fair Disclosure) Wire, dated April 8, 2014.  The CAC cites to this meeting in paragraphs 159, 213-14, 236, and 262.

      16.    Attached as **Exhibit 15** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q3 2014 Apollo Education Group Inc. Earnings Call" from Thomson Reuters StreetEvents, dated June 25, 2014.  The CAC cites to this call in paragraphs 160 and 215-16.

      17.    Attached as **Exhibit 16** to this Declaration is a true and correct copy of a transcript entitled "Apollo Education Group Inc. at BMO Capital Markets 14th Annual Back to School Education Conference - Final" from FD (Fair Disclosure) Wire, dated September 18, 2014.  The CAC cites to this conference in paragraphs 162 and 217-18.

      18.    Attached as **Exhibit 17** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q4 2014 Apollo Education Group Inc. Earnings Call" from Thomson Reuters StreetEvents, dated October 21, 2014.  The CAC cites to this call in paragraphs 163-64, 167, 173, 219-20, 222, 241-42, 265, 267, and 269.

      19.    Attached as **Exhibit 18** to this Declaration is a true and correct copy of a transcript entitled "Apollo Education Group Inc. at JPMorgan Ultimate Services Investor Conference - Final" from FD (Fair Disclosure) Wire, dated November 12, 2014.  The CAC cites to this conference in paragraphs 166 and 223-24.

      20.    Attached as **Exhibit 19** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q1 2015 Apollo Education Group Inc. Earnings Call" from Thomson Reuters StreetEvents, dated January 8, 2015.  The CAC cites to this call in paragraphs 6, 167, 169, 173, 225-27, 257, 260, 267, and 269.

21. Attached as **Exhibit 20** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q2 2015 Apollo Education Group Inc. Earnings Call" from Thomson Reuters StreetEvents, dated Mar. 25, 2015. The CAC cites to this call in paragraphs 6, 173-74, 177-78, 228-29, and 269-70.

22. Attached as **Exhibit 21** to this Declaration is a true and correct copy of a transcript entitled "APOL - Q3 2015 Apollo Education Group Inc. Earnings Call" from Thomson Reuters StreetEvents, dated June 29, 2015. The CAC cites to this call in paragraphs 180, 243-44, and 271.

23. Attached as **Exhibit 22** to this Declaration is a true and correct copy of an Apollo press release entitled "University of Phoenix Supports New Federal System for Veterans and Active Duty Servicemember Students," dated January 30, 2014. The CAC cites to this document in paragraphs 156 and 234-35.

24. Attached as **Exhibit 23** to this Declaration is a true and correct copy of a post Apollo made to its website entitled "A Message to University of Phoenix Military Students," dated July 2012. The CAC cites to this document in paragraphs 106 and 250-51.

25. Attached as **Exhibit 24** to this Declaration is a true and correct copy of a post Apollo made to its website entitled "University of Phoenix has unconditionally and unilaterally supported the President's Executive Order 13607 of 2012," dated June 30, 2015. The CAC cites to this Document in paragraphs 184-85 and 252-54.

III. **PUBLICALLY AVAILABLE NEWS REPORTS AND DOCUMENTS INVOLVING GOVERNMENT ENTITIES**

26. Attached as **Exhibit 25** to this Declaration is a true and correct copy of the 2015 Annual Report of the Defense Acquisition University, a corporate university of the Department of Defense. The CAC cites to the Defense Acquisition University in footnote 16.

27. Attached as **Exhibit 26** to this Declaration is a true and correct copy of the 2012 Alliance Memorandum of Understanding between the Department of Defense and

5

the University of Phoenix, dated February 10, 2012.  The CAC cites to this document in paragraph 100 and footnote 16.

28. Attached as **Exhibit 27** to this Declaration is a true and correct copy of Executive Order 13607, "Establishing Principles of Excellence for Educational Institutions Serving Service Members, Veterans, Spouses and Other Family Members," signed by President Obama on April 27, 2012.  The CAC cites to this document in paragraphs 2, 7, 10, 101-09, 113, 119, 121, 133, 150, 156, 161, 183-85, 187-88, 203, 230, 233-35, 237-40, 242, 244, 246, 248-54, 261, and 281.

29. Attached as **Exhibit 28** to this Declaration is a true and correct copy of the 2014 Memorandum of Understanding between the Department of Defense and the University of Phoenix, entitled the "Department of Defense (DoD) Voluntary Education Partnership Memorandum of Understanding," dated June 23, 2014.  The CAC cites to this document in paragraphs 110-11, 133, 161, 183, 191, 233, 235, 237, 239, 242, 244, 246, 249, 251, 254, and 261.

30. Attached as **Exhibit 29** to this Declaration is a true and correct copy of a letter from Dawn Bilodeau at the Department of Defense to the University of Phoenix, dated October 7, 2015.  The CAC cites to this document in paragraphs 190-91 and 274.

31. Attached as **Exhibit 30** to this Declaration is a true and correct copy of a letter from William Pepicello to Curtis Coy, U.S. Department of Veterans Affairs, dated June 26, 2012, which was posted on the University of Phoenix website.  The CAC cites to this document in paragraphs 105, 184, 248-50, and 252.

32. Attached as **Exhibit 31** to this Declaration is a true and correct copy of the Department of Defense Instruction (DoDI 1322.25), effective July 7, 2014.  The CAC cites to this document in paragraphs 110-12 and 187.

33. Attached as **Exhibit 32** to this Declaration is a true and correct copy of an editorial from the Sacramento Bee entitled "Another View: University of Phoenix deserves credit for reforms," published August 9, 2014.  The CAC cites to this document in paragraphs 161 and 238-39.

34. Attached as **Exhibit 33** to this Declaration is a true and correct copy of a transcript of a PBS NewsHour Report entitled "Are for-profit universities taking advantage of veterans?" which aired on June 24, 2015. The CAC cites to this report in paragraphs 78, 120-21, 127, 136, 188-89, 245, and 261.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2016.

s/ Brian K. Mosley<br>Brian K. Mosley

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2016, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Brenda Wendt