1  David B. Rosenbaum, 009819
   Maureen Beyers, 017134
2  Brian Mosely, 030841
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2794
4  (602) 640-9000
   drosenbaum@omlaw.com
5  mbeyers@omlaw.com
   bmosely@omlaw.com
6

7  Michael G. Bongiorno, *Pro Hac Vice*
   WILMER CUTLER PICKERING HALE AND DORR LLP
8  250 Greenwich Street, 7 World Trade Center
   New York, NY 10007
9  (212) 230-8800
   michael.bongiorno@wilmerhale.com
10

11 Peter A. Spaeth, *Pro Hac Vice To Be Filed*
   WILMER CUTLER PICKERING HALE AND DORR LLP
12 60 State Street
   Boston, Massachusetts 02109
13 617-526-6000
   peter.spaeth@wilmerhale.com
14

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apollo Education Group, Inc. (f/k/a Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, and William Pepicello,<br><br>Defendants. | No. 2:16-cv-00689-DLR<br><br>**CLASS ACTION**<br><br>**REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |

1  Defendants have filed a motion to dismiss the Consolidated Class Action
2  Complaint in this matter (DE 62).  The motion to dismiss omitted a request for oral
3  argument.  Defendants believe that oral argument will assist the Court in deciding the
4  motion and accordingly request that the Court set oral argument on the Defendants'
5  motion to dismiss.

**RESPECTFULLY SUBMITTED** this 17th day of October, 2016.

OSBORN MALEDON, P.A.


By  s/ *Maureen Beyers*
David B. Rosenbaum
Maureen Beyers
Brian K. Mosley
2929 N. Central Ave., 21st Floor
Phoenix, Arizona  85012-2793


WILMER CUTLER PICKERING HALE AND DORR LLP

By  s/ *Michael G. Bongiorno*
Michael G. Bongiorno (*Pro Hac Vice*))
7 World Trade Center
250 Greenwich Street
New York, New York  10007

Peter A. Spaeth, *Pro Hac Vice To Be Filed*
60 State Street
Boston, Massachusetts  02109

*Attorneys for Defendants*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that on October 17, 2016, the attached document was
3  electronically transmitted to the Clerk of the Court using the CM/ECF System which
   will send notification of such filing and transmittal of a Notice of Electronic Filing to all
4  CM/ECF registrants.

                                              s/ Patricia D. Palmer
                                              6853776