David B. Rosenbaum, 009819
Maureen Beyers, 017134
Brian Mosely, 030841
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000
drosenbaum@omlaw.com
mbeyers@omlaw.com
bmosely@omlaw.com

Michael G. Bongiorno, *Pro Hac Vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street, 7 World Trade Center
New York, NY  10007
(212) 230-8800
michael.bongiorno@wilmerhale.com

Peter A. Spaeth, *Pro Hac Vice To Be Filed*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
peter.spaeth@wilmerhale.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apollo Education Group, Inc. (f/k/a Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, and William Pepicello,<br><br>Defendants. | No. 2:16-cv-00689-JAT<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |

ActiveUS 160100444v.1

Defendants ask that the Court take judicial notice of the oversight report of the U.S. Senate Armed Services Committee (the "SASC"), issued on December 16, 2016, entitled: "Department Of Defense Actions Against The University Of Phoenix Regarding The Voluntary Education Tuition Assistance Program" (the "Oversight Report") attached hereto as Exhibit A.

The Oversight Report, issued four days after Defendants' reply brief (DE 72), refutes the insinuations that Plaintiffs attempt to draw from the document for which *they* requested judicial notice ("PRJN", DE 71):  the November 29, 2016 written testimony before the Senate Armed Services Committee by Dawn Bilodeau (Chief, Voluntary Education Programs, Department of Defense) and others regarding Ms. Bilodeau's interview with reporter Aaron Glantz and the subsequent placement of University of Phoenix on probation (DE 71-1) (the "Bilodeau Testimony").

Although the Bilodeau Testimony adds nothing to the deficient allegations in Plaintiffs' First Amended Complaint (See Defendants' Reply in Support of Request for Judicial Notice at 3-4, DE. 73), if the Court is inclined to consider the Bilodeau Testimony it should also consider the just-issued Oversight Report, which sharply criticizes the unfounded mistreatment of the University of Phoenix by the Department of Defense ("DoD") -- including the probation letter relied on by Plaintiffs – and negates Plaintiffs' unsupported suggestion that somehow the Bilodeau Testimony shows knowingly false statements by Defendants.[1]  *See United States v. Moussaoui*, No. CRIM. 01-455-A, 2003 WL 21277161, at *3 (E.D. Va. May 15, 2003) (agreeing

---

[1] Both the Bilodeau Testimony and the Oversight Report are matters of public record and readily available online at the SASC website. *See* http://www.mccain.senate.gov/public/_cache/files/aac1ba7c-f965-4b30-9439-f0df1edc596e/mccain-report-on-dod-actions-aganist-the-university-of-phoenix-12-16-16.pdf.  *See In re Amgen Inc. Sec. Litig.*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (finding that documents available on the FDA website are not subject to reasonable dispute and are therefore proper for judicial notice).

1

that judicial notice of only portions of record selected by party would be "a distortion of the truth and inconsistent with the principle of completeness").

In particular, Plaintiffs assert that the Bilodeau Testimony further "confirm[ed] the Complaint's allegations that the DoD found numerous violations of the Executive Order and the 2014 MOU." (PRJN at 2), but the Oversight Report shows otherwise. Among its findings:

- "The University of Phoenix, a fully-accredited and reputable educational institution, was improperly targeted and placed on probation."

- "The reasons that the DoD cited for putting the University of Phoenix on probation are demonstrably specious."

- "After-the-fact, the DoD improperly stated additional reasons, not cited in the probation letter, as a basis for the probation decision."

- "The DoD's decision to put the University of Phoenix on probation and possible termination was really made to further the Administration's regulatory goal to eliminate for-profits schools from participation in federal education programs and the aim of at least one Member of Congress to shut it down."

- "The decision to investigate and place the University on probation was improperly delegated to a DoD bureaucrat [Ms. Bilodeau] who lacked the authority to make this determination."

(*See* Oversight Report at 6-8).

Again, the First Amended Complaint's deficiencies stand on their own. But if the Court considers what later transpired in the Senate, the Court should also consider Oversight Report's findings of fact and conclusions, as they are relevant to and directly refute the inferences that Plaintiffs ask this Court to draw from the Bilodeau Testimony.

WHEREFORE, Defendants respectfully request that the Court take judicial notice of the Oversight Report, attached as Exhibit A hereto.

///

2

ActiveUS 160100444v.1

**RESPECTFULLY SUBMITTED** this 19th day of December, 2016.

OSBORN MALEDON, P.A.

By <u>s/David B. Rosenbaum</u>
David B. Rosenbaum
Maureen Beyers
Brian K. Mosley
2929 N. Central Ave., 21st Floor
Phoenix, Arizona 85012-2793


WILMER CUTLER PICKERING HALE AND DORR LLP

By <u>s/Michael G. Bongiorno</u>
Michael G. Bongiorno (*Pro Hac Vice*))
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Peter A. Spaeth, *Pro Hac Vice To Be Filed*
60 State Street
Boston, Massachusetts 02109

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Upon receipt of the Notice of Electronic Filing, a courtesy copy of the attached document will be hand delivered to the Honorable Douglas L. Rayes.

s/Kelly Dourlein

4

ActiveUS 160100444v.1