# APPENDIX

RICHARD J. DURBIN

ILLINOIS

ASSISTANT DEMOCRATIC LEADER

**United States Senate**
Washington, DC 20510-1504

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

June 30, 2015

The Honorable Ashton Carter
Secretary of Defense
100 Navy Pentagon
Washington, DC 20350-1000

Dear Secretary Carter:

    I am writing to bring to your attention a deeply troubling investigation by the Center for Investigative Reporting published today which documents University of Phoenix's deceptive marketing practices and its infringement on military trademarks. I am astonished at the Department's willingness to accept payment for access, in violation of the spirit of Executive Order 13607, and disappointed in the conduct of its personnel, shielding the company from public scrutiny. I urge you to investigate these allegations swiftly and take immediate steps to bar the company from further access to service members until these issues are resolved.

    The University of Phoenix is a for-profit company that makes much of its money off of service members and veterans, including $1.2 billion in GI Bill benefits alone since 2009. In return, the company offers degrees of questionable value, below-average graduation rates, and a student loan default rate almost forty percent higher than the national average. As multiple witnesses documented at a March 2013 hearing of the Defense Appropriations Subcommittee, these profit motives drive many for-profits to engage in aggressive, deceptive, or abusive marketing and recruiting practices. In response, the President issued Executive Order 13607 and the Department issued DoDi 1322.25 to protect service members from abuse.

    It is clear from the article that the Department has not taken this threat or its own regulations seriously. According to the Center for Investigative Reporting (CIR), the company has evaded these regulations through paid sponsorship of briefings and events on military installations across the country. When a CIR reporter asked about these activities at an October concert featuring one of the company's recruiters on stage, a military public affairs officer removed the reporter from the base. While the article cites $1 million of paid event sponsorships at five military bases in the last five years, it is not publicly known how pervasive this technique has become.

    The company has also paid an undisclosed sum to have its staff serve as the exclusive resume advisors in Hiring Our Heroes job fairs and workshops, many on military bases. A CIR hidden camera documents that all of the resume workshop materials, presentation slides, and sample successful resumes are labeled with University of Phoenix marketing, and trainers urge attendees to go to their website for additional information. Documents obtained by CIR show these actions are part of a concerted strategy of stealth recruiting by the company to evade Department scrutiny.

711 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
VRS (202) 540-9782

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

1504 THIRD AVENUE
SUITE 227
ROCK ISLAND, IL 61201
(309) 786-5173

PAUL SIMON FEDERAL BUILDING
250 W. CHERRY STREET
SUITE 115-D
CARBONDALE, IL 62901
(618) 351-1122

durbin.senate.gov

Finally, the company also appears to be distributing a mock military challenge coin on bases carrying the official seals of the Department of Defense and every branch of the military alongside its company logo. A military spokesperson indicated that the Department had not given permission for the use of its trademark.

In light of this deeply troubling series of allegations, I request that you take the following steps:

1) Investigate whether the company's conduct violates its memorandum of understanding (MOU) with the Department.
2) Suspend the company from participating in Department of Defense voluntary military education programs until that investigation concludes.
3) Investigate and prosecute the company for its infringement of Department of Defense trademarks through its mock "challenge coins."
4) Halt the company's access to military personnel through the Hiring Our Heroes job fair program.
5) Issue corrective guidance to all base commanders to bar the company from *any* further access to military bases until these matters are resolved.

Thank you for your prompt attention to this matter.

Sincerely,

Richard J. Durbin
Vice Chairman

| | |
|---|---|
| **From:** | OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance |
| **Sent:** | Monday, July 13, 2015 10:26 AM |
| **To:** | Mike Bibbee |
| **Cc:** | Gary Harrah; Tim Slottow; OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance |
| **Subject:** | University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25 |
| **Attachments:** | DoD Seal Infringement_Letter to DoD MOU Schools.pdf; UPhoenix_Reveal Article_30Jun15.pdf; coin_flip.mp4 |

SUBJECT: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25

Dear Educational Institution Representative,

This is to inform you of potential non-compliance issue(s) with your signed Department of Defense (DoD) Voluntary Education Partnership Memorandum of Understanding (MOU) regarding the Department of Defense Instruction 1322.25, "Voluntary Education Programs," and the DoD Seal Infringement letter (attached).

It has come to our attention that the University of Phoenix may have produced and issued a custom-engraved coin with the official seals of the Department and other DoD components (video clip attached). In this case, the non-compliance report was referred to our compliance inbox (osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil) with respect to a Reveal News article published June 30, 2015 (attached). Further, the aforementioned coin appears to violate the use of DoD official seals or other trademarked insignia. A DoD Seals Infringement letter was recently sent to all DoD MOU schools and is posted at www.dodmou.com on the "resources tab" (see attached).

The Voluntary Education Partnership MOU signed with the Department, reflects the commitment and agreement of the University of Phoenix to meet the requirements of DoD Instruction 1322.25. The MOU is an agreement with the DoD for education purposes only and does not extend to permissions that could imply further endorsement by DoD. Furthermore, understand that Military Department and other DoD component names, insignia, seals, symbols, phrases, and similar identifiers may be protected as trademarks or service marks and may not be used in commerce for advertising, marketing, school signage, as part of a domain name or website, or for any similar purpose. (See, e.g., The Lanham Act, 15 USC 1051, et seq.; 10 USC 2260, 10 USC 7881, and other applicable trademark licensing laws and regulations.)

DoD is committed to ensuring our military students, especially tuition assistance beneficiaries, are equipped with the details they need to make school and program choices that meet their individual education and career goals. The aforementioned places your institution in apparent violation of several provisions of your MOU with DoD, specifically, but not limited to paragraphs 3b, 3l, 4c(1) and 4 c(5). By signing the DoD Voluntary Education Partnership MOU, your educational institution agrees to comply with its terms. Please note that in accordance with the signed MOU, educational institutions failing to comply may receive a range of penalties from a written warning to revocation of the DoD Voluntary Education Partnership MOU and removal from participation in the DoD Tuition Assistance Program.

In accordance with DoD Instruction 1322.25, DoD intends to work with educational institutions to resolve reports of non-compliance. To resolve this notification of potential non-compliance, we request additional clarification reference the aforementioned. Please submit your written response to osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil within seven days from receipt of this correspondence.

----------------------------------------------------

SUBJECT: Reminder Notice - Trademark Infringement

July 13, 2015

Dear Participating Institution,

In our review of educational institutions for the Department of Defense Voluntary Education Partnership Memorandum of Understanding (MOU), we found that several institutions appear to be displaying the "Official Seals" of the Department of Defense (DoD), the Military Departments (i.e., Army, Navy, Air Force, and the U.S. Marine Corps), on institution websites, and in various institution publications (e.g., catalog), advertisements, brochures, and billboards. We are presuming that the use of these official seals is intended to acknowledge support for our Service members and to advertise academic curriculum tailored to meet the needs of the military community. However, the use of these official seals is expressly prohibited. Consequently, the Department is concerned that this type of inappropriate use may create an appearance of endorsement or affiliation. For example, consumers could view the advertisement and assume the Department of Defense or a particular Military Department or other DoD entity endorses or favors the policies, programs and services offered by a particular institution over those of another; or that a DoD entity may be affiliated with a particular institution. As a Participating Institution, it is imperative that all Voluntary Education Partnership MOU signatories be in compliance with DoD policy.

As explained at http://www.defense.gov/trademarks, the Department of Defense and Military Department seals are protected by law from unauthorized use, and these seals may NOT be used for non-official purposes. In addition, institutions are encouraged to review the Government Website Public Use Notice of Limitations at http://www.dimoc.mil/resources/limitations.html regarding the use of visual information containing military persons, places, and things for commercial advertisement, marketing, promotion, solicitation or fundraising purposes.

We hope this notice and the resources provided therein will inform current and future decisions concerning the use of any DoD official seals or other trademarked insignia. We request that any DoD entity official seals or other insignia that are currently being used in publications, advertisements, brochures, on billboards and websites be promptly withdrawn and that all future use cease, except in cases when permission has been granted by the appropriate DoD entity.

Your immediate assistance with this matter is greatly appreciated.

/signed/
Dawn A. Bilodeau
Chief, DoD Voluntary Education
Military Community and Family Policy

**Clarke, Anthony B CIV OSD OUSD P-R (US)**

| | |
|---|---|
| From: | Bilodeau, Dawn A CIV OSD OUSD P-R (US) |
| Sent: | Tuesday, July 14, 2015 2:42 PM |
| To: | Raymer, Pamela L CIV USARMY HRC (US) |
| Cc: | OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance |
| Subject: | Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 1322.25 (Fort Bragg, NC) |
| Attachments: | UPhoenix_Reveal_Article_30Jun15 (3).pdf |

Dear Dr. Raymer,

We are reaching out to you concerning potential Department of Defense (DoD) Installation access non-compliance issue(s) at a DoD installation, Fort Bragg, NC, for which you have oversight. As you are aware, Presidential Executive Order 13607, signed April 27, 2012, required the Department to create rules to strengthen existing procedures for access to DoD installations by educational institutions. In response, the Department implemented DoD Instruction 1322.25, "Voluntary Education Programs," on July 7, 2014, and has since been working with the Services and educational institutions to address reports of DoD Installation access non-compliance we have received.

In this case, the non-compliance report was referred to the DoD compliance inbox (osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil) based on the Reveal News article published June 30, 2015 (attached). Further, Congress has urged DoD to investigate the allegations cited in the Reveal News article. The article purports the University of Phoenix engaged in recruiting and marketing activities through its participation in a Hiring Our Heroes event at Fort Bragg, NC. In accordance with DoD Instruction 1322.25, the responsible education advisor must monitor educational institutions and its agents granted access to a DoD installation to ensure they do not engage in unfair, deceptive, or abusive marketing tactics, such as distributing marketing materials or conducting recruitment activities on the DoD installation at unapproved locations or events.

Investigations are not within our purview; however, we will conduct a comprehensive review of the Voluntary Education Partnership Memorandum of Understanding (MOU) the University of Phoenix signed with DoD for potential non-compliance. In order to do that, we need additional information from the Service and/or responsible education advisor. We ask that you review and provide any details related to the aforementioned including, but not limited to, the below information.

DoD Installation: Fort Bragg, NC
Educational Institution: University of Phoenix
Event(s): Hiring Our Heroes
Clarification requested:

a) When and where did the event take place (i.e., location on the installation and date including month, day, and year)?

b) Was the responsible education advisor aware of the event? Please explain further.
   1) When, where and how did the event become known to the education advisor?
   2) What action(s), if any, were taken by the education advisor once they became aware of the event?

c) Did the educational institution submit a written DoD Installation access request to the responsible education advisor to attend the event? If yes, provide a copy of the DoD Installation access request.

What was the determination (approval/denial) of the responsible education advisor regarding any written request for DoD Installation access? Provide a copy of any DoD Installation access request approval or denial.

1



e) If DoD Installation access was granted by the responsible education advisor, did they monitor the educational institution at the event for compliance with DoD Instruction 1322.25? Please explain further.

    1) Were any potential MOU violations observed or reported (i.e., abusive marketing tactics, handing out misleading advertising or marketing materials not in accordance with DoD Instruction 1322.25 requirements, or distributing marketing materials at unapproved events or locations)?

    2) Did any representative or agent of the educational institution conduct inappropriate recruitment activities (i.e., collect individual name, phone number, email address, engagement in same-day recruitment and registration, recruitment of newly assigned military personnel, or engagement in open recruiting efforts)?

    3) Did the representative or agent of the educational institution hand out promotional items (e.g., ink pens, cups, golf balls, towels, or t-shirts)? If yes, were any items having a monetary value of more than a "de minimis" amount handed out (i.e., laptops, tablets, or mobile devices)?

To fully consider this potential non-compliance, we request additional clarification reference the aforementioned. Please submit your written response to osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil within seven (7) days from receipt of this correspondence. Thank you for your prompt attention to this matter.

---

Compliance Team
State Liaison & Educational Opportunity
OUSD(P&R), Military Community & Family Policy (MC&FP)



July 28, 2015

Ms. Rosemary Freitas Williams
Deputy Assistant Secretary of Defense for Military Community and Family Policy
United States Department of Defense
4000 Defense Pentagon
Washington, DC 20301-1400

Dear Deputy Assistant Secretary Williams:

As the president of the University of Phoenix and the leader of our military division, we write to commend the Department of Defense (DOD) for its effective and essential work to ensure accountability for the investment U.S. Service members make to access quality postsecondary education opportunities.

As a regionally accredited institution, University of Phoenix proudly serves thousands of U.S. Service members and understands the obligations we have to provide quality degree and certificate programs that "advance their personal education and career aspirations and prepares them for future career and technical pursuits, both inside and outside of the Department of Defense."

We write to respectfully request a meeting with you and your team to share and demonstrate what we have learned and implemented as an early supporter of the DOD Voluntary Education Partnership Memorandum of Understanding (DOD MOU).

The University has worked to respond promptly to recent questions regarding our compliance with the DOD MOU and have immediately ceased the distribution and production of challenge coins.

We believe the level of support, resources, and staff we have devoted to ensuring compliance with the DOD MOU, can help inform the process used to verify compliance of all educational institutions.

Thank you for your consideration of this request. We will work diligently to accommodate your schedule for a meeting and hope to have the opportunity to discuss areas of improvement and best practices.

Respectfully,

Timothy P. Slottow
President
University of Phoenix

James A. Marks

James "Spider" Marks
Executive Dean
College of Security & Criminal Justice
University of Phoenix
Major General (US Army, retired)

cc: Thomas L. Langdon, Ed.D., Director, State Liaison & Educational Opportunity
Dawn Bilodeau, Chief, Voluntary Education

Message (Digitally Signed)

**From:** Williams, Rosemary J SES WHS ESD (US)
**Sent:** 8/2/2015 6:27:48 PM
**To:** Mike Bibbee [/O=APOLLO GROUP, INC./OU=EXCHANGE/cn=Recipients/cn=mobibbee]
**CC:** Langdon, Thomas L CIV OSD OUSD P-R (US)                    ; Bilodeau, Dawn A CIV OSD OUSD P-R (US)
**Subject:** RE: Letter from Tim Slottow, President, University of Phoenix
**Attachments:** smime.p7s

Mike

Thank you for the email and attachment.

Best,

RFW

---

Mr. Slottow and General Marks -

Thank you for your thoughtful letter. My sincere apologies for not responding in a more timely fashion.

While I appreciate your desire to meet, I believe it is a bit premature at this time. As you are know, we have a methodical process to review any allegations of MOU non-compliance regarding of the institution. We arduously follow that process to be good stewards of the program as well as to maintain fair treatment of the institution. My team is working that process now and once they complete the review regarding University of Phoenix they have assured me you will be contacted as soon as possible for clarification and response.

My point of contact for this is Dr. Tom Langdon, Director, State Liaison and Educational Opportunity, as Voluntary Education is one of his responsibilities and he or his team will be in touch as soon as practical.

I do not want to close this communication without acknowledging your collective extensive service to our country through academia, public service and in uniform, respectively.

All the best

Rosemary Williams

Rosemary Freitas Williams
Deputy Assistant Secretary of Defense
Military Community & Family Policy

-----Original Message-----
From: Mike Bibbee
Sent: Tuesday, July 28, 2015 10:09 PM
To: Williams, Rosemary J SES WHS ESD (US)
Cc: Langdon, Thomas L CIV OSD OUSD P-R (US); Bilodeau, Dawn A CIV OSD OUSD P-R (US)
Subject: Letter from Tim Slottow, President, University of Phoenix

Dear Deputy Assistant Secretary Williams,

I respectfully submit the attached letter from Timothy P. Slottow, President, University of Phoenix, and James "Spider" Marks, Executive Dean, who leads our military division.

V/R

Mike Bibbee, MBA, MS

**Mike Bibbee**

| | |
|---|---|
| **From:** | Creecy-Starks, Adrien F CIV OSD PA (US) |
| **Sent:** | Monday, August 03, 2015 6:35 AM |
| **To:** | Mike Bibbee |
| **Cc:** | Bolling, Ryan B CIV OSD OGC (US) |
| **Subject:** | RE: Univ. Phoenix Trademark Infringement |

Good morning Mr. Bibbee,

Thank you so much for the update on the discontinuance and recall of the challenge coins. We certainly appreciate this corrective action. We also trust the notice of limitations will be helpful not only for the University of Phoenix but also for many other non-Federal entities.

Have a wonderful week.

Sincerely,


Ms. Adrien F. C. Starks
Senior Assistant for Public Affairs Policy
Office of the Assistant Secretary of Defense
    (Public Affairs)/ Community and Public Outreach
    DoD Branding and Trademark Licensing Program



Fax:
Visit us at www.ourmilitary.mil

**********Privacy Act - 1974 as amended applies. WARNING: This is an
official Department of Defense communication. Some e-mails may be encrypted
and require CAC certification to view. E-mails, or their attachments,
containing personally identifiable information are "For Official Use Only"
(FOUO) Privacy Sensitive. Any misuse or unauthorized disclosure can result
in both civil and criminal penalties. This document is intended only for
the use of the party to whom it is addressed and may contain information
that is privileged, confidential, and protected from disclosure under
applicable law.



-----Original Message-----
From: Mike Bibbee [mailto:
Sent: Friday, July 31, 2015 3:21 PM
To: Creecy-Starks, Adrien F CIV OSD PA (US)
Cc: Bolling, Ryan B CIV OSD OGC (US); Gary Harrah; Wilson, Caroline D CIV OSD PA (US)
Subject: RE: Univ. Phoenix Trademark Infringement

1

...

Dear Ms. Starks:

The University of Phoenix is in receipt of your letter to President Tim Slottow emailed on Wednesday July 22, 2015 (the "Letter"). The Letter references the University's production and issuance of a custom-engraved coin with official seals of the Department of Defense, other DoD components, and the U.S. Coast Guard and requests that the University promptly cease distribution of the challenge coins displaying official DoD and Military Service insignia. The University has ceased distribution of the challenge coins and recalled all outstanding coins.

The Letter also requests that the University, when updating its website and any other location where the University maintains a business presence, be cognizant of the Government Website Public Use Notice of Limitations regarding the use of visual information containing military persons, places, and things for commercial advertisement, marketing, promotion or solicitation purposes. The University appreciates the reminder and will make sure to follow the guidance.

Please do not hesitate to reach out directly should you have any questions or need additional information.

Sincerely,

Mike Bibbee, MBA, MS
Vice President – Military Operations

University of Phoenix
Operational Services | 1625 W. Fountainhead Parkway | ▓▓▓▓▓▓ | Tempe, AZ 85282 ▓▓▓▓▓▓
| cell ▓▓▓▓▓▓ | fax ▓▓▓▓▓▓ email ▓▓▓▓▓▓

P Please consider the environment before printing this email.

Click here to see Opportunities for Federal Aid Programs (Additional Information as Required by Executive Order 13607)

-----Original Message-----
From: Creecy-Starks, Adrien F CIV OSD PA (US) [mailto:▓▓▓▓▓▓]
Sent: Wednesday, July 22, 2015 11:40 AM
To: Tim Slottow
Cc: Bolling, Ryan B CIV OSD OGC (US); Creecy-Starks, Adrien F CIV OSD PA (US); Mike Bibbee; Gary Harrah; Wilson, Caroline D CIV OSD PA (US)
Subject: Univ. Phoenix Trademark Infringement

Mr. Timothy P. Slottow
University of Phoenix
President
1625 West Fountainhead Parkway
Tempe, AZ 85282-2371

Dear Mr. Slottow,

It has been brought to my office's attention that the University of Phoenix has produced and issued custom-engraved coins with the official seals of the Department of Defense (DoD), other DoD components, and the U.S. Coast Guard (see attached). You may not be aware that the DoD and the Military Service seals are protected by law from unauthorized use and may only be used for official purposes. Similarly, federal regulations prohibit the use of official military markings in ways that imply endorsement of a commercial entity or activity.

Any current or past memoranda of understanding with the DoD, a DoD Component, or the U.S. Coast Guard does not negate this insignia protection. Therefore, we respectfully request that the University of Phoenix promptly cease distribution of the co-branded challenge coins displaying official DoD and Military Service insignia.

We are concerned that such use of the official insignia creates an appearance of endorsement, when that is not the case. Challenge coins are used by the military as part of a tradition. The Military Service Trademark Licensing Program Managers and this office agree that co-branding of such coins with non-Federal entity names and logos is not necessarily in the best interest of the Department and could lead consumers and potential students to assume that DoD endorses or favors the programs and services offered by the University of Phoenix or similar infringers. Further, such use of our official insignia creates the impression that unauthorized use by third parties is appropriate, thereby weakening the strength of the seals and compromising our ability to protect them from misuse.

Veterans and active duty military students, as well as any existing student veteran organizations on the university campus, may purchase challenge coins manufactured and distributed by companies that have been licensed and authorized by Military Service Trademark Licensing Offices to produce the products. These coins may not bear both Military Services' insignia and the university's name, logo, or other marks. For more information or appeal consideration see the contacts at http://www.defense.gov/trademarks/.

Even with regard to licensed coins, in order to protect DoD and Military Services' insignia from misuse in college and university settings, only veterans and active duty military students are eligible recipients of authorized challenge coins. University staff (veterans and non-veterans) are prohibited from distributing the coins at college fairs, recruiting activities, and similar events, as this could imply DoD and U.S. Coast Guard endorsement.

Additionally, the University of Phoenix's Online College for Military web pages display many uniformed personnel. When updating the school's web site and any other location where the university maintains a business presence, request your staff be cognizant of the Government Website Public Use Notice of Limitations at http://www.dimoc.mil/resources/limitations.html regarding the use of visual information containing military persons, places, and things for commercial advertisement, marketing, promotion, or solicitation purposes.

We trust you understand our position. We appreciate your prompt attention and assistance in rectifying this matter.

Copy furnished:

Gary Harrah
Regional Director, National Defense Relations

Mike Bibbee
Vice President, Military Operations and Continuing Education


Sincerely,

Ms. Adrien F. C. Starks
Senior Assistant for Public Affairs Policy Office of the Assistant Secretary of Defense
   (Public Affairs)/ Community and Public Outreach
   DoD Branding and Trademark Licensing Program ▓▓▓▓▓ Washington, DC 20301-1400

Visit us at www.ourmilitary.mil

\*\*\*\*\*\*\*\*\*\*Privacy Act - 1974 as amended applies. WARNING: This is an official Department of Defense communication. Some e-mails may be encrypted and require CAC certification to view. E-mails, or their attachments, containing personally identifiable information are "For Official Use Only"
(FOUO) Privacy Sensitive. Any misuse or unauthorized disclosure can result in both civil and criminal penalties. This document is intended only for the use of the party to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law.

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

**Clarke, Anthony B CIV OSD OUSD P-R (US)**

| | |
|---|---|
| From: | OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance |
| Sent: | Wednesday, August 05, 2015 9:17 AM |
| To: | Mike Bibbee |
| Cc: | Tim Slottow; Gary Harrah; OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance |
| Subject: | RE: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25 (Challenge Coin) |

Thank you for your correspondence dated August 4, 2015. The response provided by University of Phoenix notes acknowledgement and understanding of appropriate laws and Defense Department policies regarding use of its official seals or other trademark insignia. Specifically, we note your intent "to immediately discontinued production and recalled all non-circulated coins." Additionally, we note that you believe the use of the coins do not rise to any level of violation of section 3a (2) and 3j of the DoD MOU. However, the use of these official seals is expressly prohibited and this type of inappropriate use may create an appearance of endorsement or affiliation. As a Participating Institution, it is imperative that all Voluntary Education Partnership MOU signatories be in compliance with DoD policy.

While we acknowledge your institution's corrective action to discontinue production and distribution of the aforementioned coin, such matters fall within the purview of the Department's Trademark and Licensing office and will be referred as such.

We consider your response and corrective action sufficient to resolve this report of potential non-compliance with respect to the MOU signed with the DoD. If additional action is needed reference the aforementioned coin, the DoD Trademark and Licensing office will contact you directly.

--------------------------------------------------

Compliance Team
State Liaison & Educational Opportunity
OUSD(P&R), Military Community & Family Policy (MC&FP)

-----Original Message-----
From: Mike Bibbee [mailto:]
Sent: Tuesday, August 04, 2015 4:32 PM
To: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance
Cc: Tim Slottow; Gary Harrah
Subject: RE: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25 (Challenge Coin)

Dear Compliance Team,

Thank you for the opportunity to respond to your notice of potential non-compliance with the U.S. Department of Defense ("DoD") Voluntary Education Partnership Memorandum of Understanding ("DoD MOU") (the "Notice"). University of Phoenix (the "University") devotes significant resources to compliance with the DoD MOU. Indeed, we unconditionally and vigorously endorse the directives contained in both the DoD MOU and the President's Executive Order 13607 (the "Executive Order").

1

The Notice inquired about custom-engraved coins containing the DoD and the DoD Components' seals on one side and the University's insignia on the other. The Notice suggested that these "challenge coins" may place the University in violation of paragraphs 3a (2) and 3j of the DoD MOU.

The University is unaware of any instance where the coins were used to secure service members' enrollment, obtain access to TA funds, or as a deceptive marketing practice. Nor were the coins used as a commission, bonus, or other incentive based directly or indirectly on securing enrollment or federal financial aid. Nevertheless, when questions about the coins arose, the University immediately discontinued production and recalled all non-circulated coins.

Further, the University enforces rigorous policies to prevent misrepresentations to the public. For example, the General Engagement, Enrollment and Recruitment policy (Attachment 1) broadly prohibits misrepresentation by University employees. Moreover, the University trains and certifies Enrollment Representatives, Academic Counselors, and Finance Advisors that work with military students. Thus, the University does not believe that its use of the coins violated paragraphs 3a (2) and 3j of the DoD MOU.

We remain committed to serving our military and veteran students to achieve an exceptional educational experience that will facilitate career aspirations. We also remain ready and willing to demonstrate our commitment to ensure compliance with the spirit and the word of the DoD MOU and the Executive Order.

V/R

Mike Bibbee, MBA, MS
Vice President - Military Operations

University of Phoenix
Operational Services | 1625 W. Fountainhead Parkway | ▓▓▓▓▓ | Tempe, ▓▓▓▓▓
| ▓▓▓▓▓ |

-----Original Message-----
From: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance ▓▓▓▓▓
Sent: Tuesday, July 28, 2015 9:02 AM
To: Mike Bibbee
Cc: Tim Slottow; Gary Harrah; OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance
Subject: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25 (Challenge Coin)

SUBJECT:  Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25

Dear Educational Institution Representative,

This is to inform you of potential non-compliance issue(s) with your signed Department of Defense (DoD) Voluntary Education Partnership Memorandum of Understanding (MOU) regarding the Department of Defense Instruction 1322.25, "Voluntary Education Programs," and the DoD Seal Infringement letter (attached).

It has come to our attention that the University of Phoenix may have produced and issued a custom-engraved coin with the official seals of the Department and other DoD components (video clip attached).  In this case, the non-compliance report was referred to our compliance inbox (osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil) with respect to a Reveal News article published June 30, 2015 (attached).  Further, the aforementioned coin appears to violate the use of DoD official seals or other trademarked insignia.  Multiple reminder notices reference DoD Seals Infringement were sent to all DoD MOU schools, the most recent of which is attached here and posted at www.dodmou.com under resources.

The Voluntary Education Partnership MOU signed with the Department, reflects the commitment and agreement of the University of Phoenix to meet the requirements of DoD Instruction 1322.25. The MOU is an agreement with the DoD for education purposes only and does not extend to permissions that could imply further endorsement by DoD. Furthermore, understand that Military Department and other DoD component names, insignia, seals, symbols, phrases, and similar identifiers may be protected as trademarks or service marks and may not be used in commerce for advertising, marketing, school signage, as part of a domain name or website, or for any similar purpose. (See, e.g., The Lanham Act, 15 USC 1051, et seq.; 10 USC 2260, 10 USC 7881, and other applicable trademark licensing laws and regulations.)

DoD is committed to ensuring our military students, especially tuition assistance beneficiaries, are equipped with the details they need to make school and program choices that meet their individual education and career goals. The aforementioned places your institution in apparent violation of several provisions of your MOU with DoD, specifically, but not limited to paragraphs 3a(2) and 3j. By signing the DoD Voluntary Education Partnership MOU, your educational institution agrees to comply with its terms. Please note that in accordance with the signed MOU, educational institutions failing to comply may receive a range of penalties from a written warning to revocation of the DoD Voluntary Education Partnership MOU and removal from participation in the DoD Tuition Assistance Program.

In accordance with DoD Instruction 1322.25, DoD intends to work with educational institutions to resolve reports of non-compliance. To resolve this notification of potential non-compliance, we request additional clarification reference the aforementioned. Please submit your written response to osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil within seven (7) days from receipt of this correspondence.

---

Compliance Team
State Liaison & Educational Opportunity
OUSD(P&R), Military Community & Family Policy (MC&FP)

This message is private and confidential. If you have received it in error, please notify the sender and remove it from your system.

## Clarke, Anthony B CIV OSD OUSD P-R (US)

| | |
|---|---|
| From: | Bilodeau, Dawn A CIV OSD OUSD P-R (US) |
| Sent: | Wednesday, August 19, 2015 3:21 PM |
| To: | Drummond, Charles FREDERICK (Fred) CIV USN DCNO N1 (US) |
| Cc: | OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance; Johnson, James P CIV USN DCNO N1 (US) |
| Subject: | Follow Up: Navy Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 1322.25 (Navy Operational Support Center Fort Worth, TX) |
| Attachments: | Followup to Navy_UoP Issue_18Aug2015_final.docx; RE: Navy Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (10.5 KB); RE: Navy Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (13.7 KB) |

Fred, Sincerely appreciate all the hard work you and your team put in to gathering the information for this response.

In reference to the complaints received against University of Phoenix and the response you submitted to our inquiry (attached), we wanted to share with you some additional areas of concern. As the Service Chief, we believe you have the authority to resolve these concerns. We have included areas for reference to assist you in establishing additional DoD installation access guidelines for education advisors. Further, the below recommendations regarding the identified potential non-compliance issue(s) are provided for implementation at the Navy Operational Support Center (NOSC) Fort Worth, Navy College Office in Corpus Christi, and all other Navy locations with similar arrangements. We request you provide this office with actions taken to address each recommendation presented in this response. Sincerely, Dawn

-------------------------------------------------------

Dawn Bilodeau
Chief, DOD Voluntary Education
Military Community & Family Policy



"If it is to be, it is up to me."

1

99