Mr. Drummond,

Sincerely appreciate all the hard work you and your team put in to gathering the information for this response.

In reference to the complaints received against University of Phoenix and the response you submitted to our inquiry, we wanted to share with you some additional areas of concern. As the Service Chief, we believe you have the authority to resolve these concerns. We have included areas for reference to assist you in establishing additional DoD installation access guidelines for education advisors. Further, the below recommendations regarding the identified potential non-compliance issue(s) are provided for implementation at the Navy Operational Support Center (NOSC) Fort Worth, Navy College Office in Corpus Christi, and all other Navy locations with similar arrangements. We request you provide this office with actions taken to address each recommendation presented in this response.

NAVY OPERATIONAL SUPPORT CENTER FORT WORTH

1. The Navy Operational Support Center (NOSC) response indicates a gap in the Navy installation access approval process for vetting educational institutions by NOSC staff and by the responsible education advisor located at the Navy College Office in Corpus Christi. These gaps in vetting educational institutions are inconsistent with the requirement of DoD Instruction (DoDI) 1322.25, Change 3, Voluntary Education Programs.

Although the NOSC staff is not part of a voluntary education vetting process for authorizing attendees at job fairs or events, it is very important that they understand the requirements of DoDI 1322.25, Change 3. In particular, any installation staff member who invites an educational institution onto a military installation should be familiar with the requirement that all educational institutions requesting permission to participate in events on a DoD installation require vetting through the responsible education advisor regardless of purpose for coming on the DoD installation.

It is important that the responsible education advisor is familiar with and makes known the process/procedures to all agencies involved in the support of DoD installation job fairs and all other events in which educational institutions may request DoD installation access for which the responsible education advisor has oversight. This should be done to prevent a recurrence of a potential non-compliance issue. Transparency is key to ensuring that when DoD installation access is granted, everyone involved is in compliance with DoDI 1322.25 requirements.

RECOMMENDATION: 

2. The job fair at NOSC Fort Worth was not conducted IAW DoDI 1322.25, Change 3, requirements to monitor educational institutions and its agents who are granted access on a DoD installation. The NOSC staff was not aware of their obligation to inform the Director of the Navy College Office that the University of Phoenix, an educational institution was participating at the event. Corpus Christi is

responsible for the NOSC at Fort Worth. We are aware that geographically this creates a challenge to meet this requirement.

When an educational institution is granted DoD installation access by the responsible education advisor to participate in installation event, it is the responsibility of the education advisor to monitor the educational institution for compliance with DoD Voluntary Education Partnership Memorandum of Understanding, DoDI 1322.25, Change 3, and compliance with policies in DoDI 1344.07, Personal Commercial Solicitation. Monitoring access and reporting non-compliance is critical to the success of the DoD installation access program. Further, the aforementioned is consistent with DoDI 1322.25 requirements of the Military Service to provide adequate funds for program implementation and administration as well as providing adequately trained staff.

RECOMMENDATION: 

SUMMARY OF RECOMMENDATIONS

Clarke, Anthony B CIV OSD OUSD P-R (US)

| | |
|---|---|
| From: | Bilodeau, Dawn A CIV OSD OUSD P-R (US) |
| Sent: | Wednesday, August 19, 2015 3:21 PM |
| To: | Raymer, Pamela L CIV USARMY HRC (US) |
| Cc: | OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance; Talbort, Patricia A CIV USARMY HRC (US) |
| Subject: | Follow Up: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 1322.25 – Forts Bragg, Campbell, Carson, & Hood |
| Attachments: | Followup to Army_UoP Issue_18Aug2015_final.docx; RE: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (34.5 KB); RE: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (43.7 KB); RE: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (41.1 KB); RE: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (27.2 KB); RE: Army Inquiry Reference Potential Non-Compliance with DoD MOU/DoDI 13... (1.36 MB) |

Pam, Sincerely appreciate all the hard work you and your team put in to gathering the information for this response.

In reference to the complaints received against University of Phoenix and the response you submitted to our inquiry (attached), we wanted to share with you some additional areas of concern. As the Service Chief, we believe you have the authority to resolve these concerns. We have included areas for reference to assist you in establishing additional DoD installation access guidelines for education advisors. Further, the attached recommendations regarding the identified potential non-compliance issue(s) are provided for Forts Bragg, Campbell, Carson, and Hood and ⁻plementation at all other Army locations for which you have policy oversight. We request you provide this office with ⁻tions taken to address each installation specific recommendation presented in this response. Sincerely, Dawn

---

Dawn Bilodeau
Chief, DOD Voluntary Education
Military Community & Family Policy



"If it is to be, it is up to me."

1

148

Dr. Raymer,

Sincerely appreciate all the hard work you and your team put in to gathering the information for this response.

In reference to the complaints received against University of Phoenix and the response you submitted to our inquiry, we wanted to share with you some additional areas of concern. As the Service Chief, we believe you have the authority to resolve these concerns. We have included areas for reference to assist you in establishing additional DoD installation access guidelines for education advisors. Further, the below recommendations regarding the identified potential non-compliance issue(s) are provided for Forts Campbell, Carson, Hood, and Bragg and implementation at all other Army locations for which you have policy oversight. We request you provide this office with actions taken to address each installation specific recommendation presented in this response.

FORT CAMPBELL

a. The response received from Fort Campbell indicates potential non-compliance by the responsible education advisor to monitor an educational institution granted DoD Installation access, which is inconsistent with the requirement of DoD Instruction 1322.25, Voluntary Education Programs. Although it was stated the responsible education advisor was not aware of the presence of University of Phoenix at the "Big Smo" concert and did not monitor the event, the DoD instruction places the responsibility on the education advisor to collaborate with MWR ensuring all concerned parties are compliant with DoDI 1322.25. This includes verifying that commercial sponsorship does not involve inappropriate recruitment actions as evidenced by the setting up of booths or tables and the distribution of promotional literature.

As a reminder, when an educational institution is granted DoD installation access by the responsible education advisor to participate in an installation event, it is the responsibility of the education advisor to monitor the educational institution for compliance with the DoD Voluntary Education Partnership Memorandum of Understanding, DoDI 1322.25, Voluntary Education Programs, Change 3, and compliance with policies in DoDI 1344.07, Personal Commercial Solicitation. Further, the aforementioned is consistent with DoDI 1322.25 requirements of the Military Service to provide adequate funds for program implementation and administration as well as providing adequately trained staff.

RECOMMENDATION: 

b. In October 2014, as part of the DoD Installation Access Information Briefing webinars, responsible education advisors were asked by DoD VolEd to take immediate steps to review local MOUs, contracts, solicitation, policies and procedures (military service, DoD installation, etc.) for compliance with DoDI

1322.25, Change 3, taking action (as needed) to cancel and/or amend agreements not in compliance. In addition, the responsible education advisors were asked to develop/implement standard processes and procedures for requesting and monitoring DoD installation access, taking action to halt current processes and procedures not in compliance.

According to the provided response "Fort Campbell has vetted educational institutions (EI) participating in commercial sponsorship agreements with the Education Services Officer (ESO) before and since the Executive Order 13607 was issued." However the report offers no explanation for how such vetting could have left the responsible education advisor unaware of the Big Smo concert. This presents a potential non-compliance issue.

RECOMMENDATION: 

c. The following events were of minor concern since University of Phoenix did not participate directly in the event by accessing the installation: All Things Chocolate, Brunch with Santa and Fashion Show. Although the University of Phoenix did not physically attend the event, the responsible education advisor should have been aware of a potential non-compliance issue with DoD installation access.

RECOMMENDATION: 

d. We applaud Army's efforts in developing additional guidance and clarification on installation access at Fort Campbell and request a copy of the new procedures for our records on DoD installation access compliance. Further, we request additional information on the extent to which Army IMCOM guidance is being/has been integrated across the domain.

FORT CARSON

a. The response received from Fort Carson indicates a potential non-compliance by the responsible education advisor to monitor educational institution granted DoD installation access, which is inconsistent with the requirement of DoDI 1322.25, Change 3. We understand the situation with staffing issues across DoD installations; however, staffing shortfalls does not relieve the responsible education advisor of the DoDI 1322.25 requirement, to monitor educational institutions participating in events on the DoD installation.

As a reminder, when an educational institution is granted DoD installation access by the responsible education advisor to participate in an installation event, it is the responsibility of the education advisor to monitor the educational institution for compliance with DoD MOU, DoDI 1322.25, Change 3, and compliance with personal commercial solicitation policies in DoDI 1344.07. Further, the aforementioned is consistent with DoDI 1322.25 requirements of the Military Service to provide adequate funds for program implementation and administration as well as providing adequately trained staff.

RECOMMENDATION: 

b. As a requirement of DoDI 1322.25, it is the responsibility of the education advisor to inform educational institutions and its agents of the requirement not to recruit newly assigned military personnel until after receiving information about voluntary education programs and educational services available from an education services staff member.

From March 2015 to May 2015, a potential non-compliance issue occurred when the educational institution had access to newly assigned Service members via the sponsored Newcomers Luncheon. It appears that this event was a regularly recurring event, without the benefit of a review for each occurrence of DoD installation access by an educational institution. Moreover, allowing a single institution to have access for recruiting purposes, even after newly assigned Service members have been briefed by an education services staffer is not compliant with DoDI 1322.25 requirements.

RECOMMENDATION:


## FORT HOOD

a. The response received from Fort Hood indicates a potential non-compliance by the responsible education advisor to monitor educational institution granted DoD installation access, which is inconsistent with the requirement of DoD Instruction 1322.25. We understand the education advisor was unaware of the events and the efforts put in place to establish new procedures (i.e., 15 Jul 15 meeting with MWR).

As a reminder, when an educational institution is granted DoD installation access by the responsible education advisor to participate in an installation event, it is the responsibility of the education advisor to monitor the educational institution for compliance with DoD MOU, DoDI 1322.25, Change 3, and compliance with personal commercial solicitation policies in DoDI 1344.07. Further, the aforementioned is consistent with DoDI 1322.25 requirements of the Military Service to support adequate funds for program implementation and administration as well as providing adequately trained staff.

We commend Army's efforts in reforming the vetting process and informing MWR of the requirements in DoDI 1322.25 and the education advisor's willingness to develop new procedures to ensure full compliance in the future.

RECOMMENDATION:



## FORT BRAGG

The response received from Fort Bragg did not address all questions asked in the original request for information. As such, DoD requests that Fort Bragg's POC provide additional details responding to each question. Include in the response any additional guidance and measures put in place to ensure full compliance with the educational institution's request for DoD installation access.

SUMMARY OF RECOMMENDATIONS



**Mike Bibbee**

**From:** Mike Bibbee
**Sent:** Sunday, September 06, 2015 12:01 PM
**To:** OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance
**Cc:** Tim Slottow; Gary Harrah
**Subject:** RE: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25_Improper Access

CONFIDENTIAL TREATMENT REQUESTED

Dear Compliance Team:

Thank you for the opportunity to respond to your follow-up request of August 30, 2015 (the "follow-up request"), regarding the August 10, 2015 notice of potential non-compliance with the U.S. Department of Defense ("DoD") Voluntary Education Partnership Memorandum of Understanding ("DoD MOU") (the "Notice"). In the follow-up request, you suggested that the University of Phoenix (the "University") has not provided "sufficient evidence recognizing the requirement to go through the responsible education advisor for each business related activity requiring access to a DoD installation." The University respectfully submits that it, as well as all Military Division personnel, appreciate and are committed to complying with DoD Instruction 1322.25 (DoDI 1322.25).

Since DoDI 1322.25's requirement for installation-access approval became effective in May 2014, the University has looked to the emerging guidance from DoD and the various installations in order to obtain appropriate approvals. For example, the University used Fort Carson's established procedures for obtaining approval to the Newcomer's Socials hosted this past May by completing the requisite forms. By adhering to installations' established procedures such as those—as well as operating under Hiring Our Heroes and Morale, Welfare and Recreation ("MWR") agreements—the University believes that it has acted in good faith in endeavoring to comply with DoDI 1322.25's spirit.

In connection with your inquiry, the University has instructed its relevant personnel of the requirement to seek prior written approval for access to an installation—even when the on-installation event is contemplated by a sponsorship agreement or when the installation has not established request for-approval procedures.. The University has also emphasized that personnel should comply with procedures for access approval if a service has provided them. But even if not, NDLs have been directed that they must nevertheless obtain prior written approval before accessing an installation.

In addition, the University is currently developing a new National Defense Liaison ("NDL") Standard Operating Procedure ("SOP") which will fully embody DoDI 1322.25's requirements and the DoD's and installations' attendant guidance.

The University is committed to compliance with DoDI 1322.25, including its requirement to gain prior written approval for installation access. We will continue to require all University personnel to obtain prior written approval before accessing installations. We appreciate your attention to this matter, and we repeat our support of the DoD MOU.

\* \* \*

We request that this message and the accompanying materials be treated as confidential and non public, and maintained in a nonpublic file, in accordance with the Freedom of Information Act, 5 U.S.C. § 552, and all applicable regulations adopted by the DoD, including 32 C.F.R. § 286. We also request that any memoranda, notes or other writings of any sort whatsoever which are made by any employee of the DoD (or any other government agency) which incorporate, include or relate to any of the information (1) contained in these materials or (2) referred to in any conference, meeting, telephone conversation or interview between (a) employees, representatives, agents and/or counsel of the University and (b) employees of the DoD (or any other government agency) be maintained in confidence and not be made a part of any public writing and not be disclosed to any person. This request is made for reasons of

1

business confidentiality, protection from disclosure of trade secrets, personal privacy and any other applicable reason under 5 U.S.C. § 552(b). Should the DoD receive any request for these documents, either pursuant to the Freedom of Information Act or otherwise, please contact Gil M. Soffer at Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, Illinois 60661, (312) 902-5474, immediately. We request that you contact us by telephone rather than rely on mail for such notice. We object to any public disclosure of these confidential materials and ask that we be given at least ten business days advance notice of any intended disclosure of these materials so that we pursue any remedies available.

Mike Bibbee, MBA, MS
Vice President - Military Operations

University of Phoenix
Operational Services | 1625 W. Fountainhead Parkway | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓

---

From: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance ▓▓▓▓▓▓▓▓
Sent: Sunday, August 30, 2015 1:33 PM
To: Mike Bibbee
Cc: Tim Slottow; Gary Harrah; OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance
Subject: RE: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25_Improper Access

Dear Mr. Bibbee,

    Thank you for your correspondence dated August 24, 2015, as well as the additional documentation provided August 28, 2015. As noted in your letter, "The University devotes significant resources to compliance with the DoD MOU and vigorously endorses the directives of the DoD MOU." Additionally, we note that you believe the actions of the University of Phoenix do not rise to any level of violation of section 3a(1)(b)1, 3j, and/or 5a(2) and that the "University considered the various installations' agreements to the University's sponsorship of the specific events, as confirmed in the MWR and HOH Agreements, as having generally complied with the written access requirements of DoDI 1322.25." However, as of the date of this letter you have not provided us sufficient evidence recognizing the requirement to go through the responsible education advisor for each business related activity requiring access to a DoD installation. In this report, there was no and/or inconsistent application of a written request to the responsible education advisor to access the cited DoD Installations and events, which is not cognizant of the DoDI 1322.25 requirement surrounding educational institution access to DoD Installations. Specifically, the role of the responsible education advisor to facilitate the review and adjudication of DoD Installation access requests/procedures by an educational institution on behalf of the installation commander. While we note that he University of Phoenix may have entered into written sponsorship agreement(s) with each installation and may have a written agreement between the Apollo Education Group, Inc. and the U.S. Chamber of Commerce Foundation regarding the Hiring Our Heroes program, those agreements do not negate the installation access provisions of the Voluntary Education Partnership MOU signed with the DoD.

    In accordance with DoD Instruction 1322.25, DoD intends to work with educational institutions to resolve any filed complaints. To resolve this notification of potential non-compliance, we request additional clarification reference the aforementioned. Please submit your written response to ▓▓▓▓▓▓▓▓ within seven (7) days from receipt of this correspondence.

Compliance Team
State Liaison & Educational Opportunity
OUSD(P&R), Military Community & Family Policy (MC&FP) ▓▓▓▓▓▓▓▓

-----Original Message-----

From: Mike Bibbee ████████████████████████
Sent: Monday, August 24, 2015 4:30 PM
To: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance
Cc: Tim Slottow; Gary Harrah
Subject: RE: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25_Improper Access

CONFIDENTIAL TREATMENT REQUESTED

Dear Compliance Team:

    Thank you for the opportunity to respond to your August 10, 2015 notice of potential non compliance with the U.S. Department of Defense ("DoD") Voluntary Education Partnership Memorandum of Understanding ("DoD MOU") (the "Notice"). The Notice requested information to determine whether University of Phoenix (the "University") may have improperly accessed, or engaged in unfair recruiting and marketing activities on certain military installations and that the University may be in violation of DoD MOU paragraphs 3a(1)(b)1, 3j, and 5a(2). The University believes that it has not violated the cited DoD MOU provisions. The University devotes significant resources to compliance with the DoD MOU and vigorously endorses the directives of the DoD MOU, including DoD Instruction 1322.25, Voluntary Education Programs ("DoDI 1322.25").

    The University's involvement in each of the events identified in the Notice was based on either a written sponsorship agreement between the University and each individual installation (the "MWR Agreements") or pursuant to a written agreement between the Apollo Education Group, Inc. and the U.S. Chamber of Commerce Foundation (the "U.S. Chamber of Commerce") relating to the Hiring Our Heroes ("HOH") program (the "HOH Agreement"). Under the MWR Agreements, each installation authorized the University to sponsor certain specifically and previously identified events to be held on the installations. (See generally DOD_UOPX_0000001-14.) Under the HOH Agreement, the University agreed to sponsor certain HOH events that had also previously been identified and that the University understood had been approved by the specific installations. The University considered the various installations' agreements to the University's sponsorship of the specific events, as confirmed in the MWR and HOH Agreements, as having generally complied with the written access requirements of DoDI 1322.25.

In addition, as reflected in the University's agreement with HOH, the University sponsors HOH Employment Workshops at approximately 50 locations annually. As a sponsor of the events, the University's logo is included in materials presented at the Employment Workshops by HOH personnel. The HOH Agreement also expressly permits the University to attend the hiring events and the Employment Workshops. The University's mandated policy with regard to the HOH events, however, was and continues to be that, under no circumstances, may employees use the events for recruitment purposes. Moreover, with respect to the non-HOH events, the University believes that the University's sponsorship of the events and presence on the installations were consistent with the MWR Agreements.

    In recent months, the University has received additional guidance from certain installations, regarding approval for access to and conduct while visiting those installations. For example, the University used the access forms provided by Fort Carson in connection with the Newcomer's Social in May of this year. Those forms, along with additional guidance regarding DoDI 1322.25's requirements, were provided to the University, among other educational institutions, at a March 2015 informational meeting held at the Fort Carson Education Center. Similarly, on July 20, 2015, Fort Hood's Education Services Officer ("ESO") provided the University with additional input that addressed the "significant changes to OSD, HRC and IMCOM guidance" concerning the University's access to installations. The University was also given Fort Hood's forms to be completed prior to a calendared event as "part of the standardized IMCOM vetting process," and the University will use those forms to obtain appropriate written approval. (See DOD_UOPX_0000015-20.) Likewise, on August 12, 2015, the Fort Carson ESO provided the University with guidance to "assist in understanding and implementing consistent installation access policies." (See DOD_UOPX_0000021-29.) That guidance related to the procedures for the University's access to an installation and the scope of personal commercial solicitation. The University's Military Division has been informed of this guidance and instructed to obtain specific written approval from

3

each installation's ESO prior to attending an installation event and not engage in any activity considered as "personal commercial solicitation." The University thus continues its commitment to complying with the terms of the DoD MOU, including DoDI 1322.25, in accordance with the DoD's requirements and updated guidance.

Please do not hesitate to contact me if you have any further questions or concerns. Again, we thank you for the opportunity to respond to the Notice, and repeat our commitment to adhering to the DoD MOU's mission.

We request that this message and the accompanying materials be treated as confidential and non public, and maintained in a nonpublic file, in accordance with the Freedom of Information Act, 5 U.S.C. § 552, and all applicable regulations adopted by the DoD, including 32 C.F.R. § 286. We also request that any memoranda, notes or other writings of any sort whatsoever which are made by any employee of the DoD (or any other government agency) which incorporate, include or relate to any of the information (1) contained in these materials or (2) referred to in any conference, meeting, telephone conversation or interview between (a) employees, representatives, agents and/or counsel of the University and (b) employees of the DoD (or any other government agency) be maintained in confidence and not be made a part of any public writing and not be disclosed to any person. This request is made for reasons of business confidentiality, protection from disclosure of trade secrets, personal privacy and any other applicable reason under 5 U.S.C. § 552(b). Should the DoD receive any request for these documents, either pursuant to the Freedom of Information Act or otherwise, please contact [REDACTED] immediately. We request that you contact us by telephone rather than rely on mail for such notice. We object to any public disclosure of these confidential materials and ask that we be given at least ten business days advance notice of any intended disclosure of these materials so that we pursue any remedies available.

Mike Bibbee, MBA, MS
Vice President - Military Operations

University of Phoenix
Operational Services | 1625 W. Fountainhead Parkway | [REDACTED] | Tempe, AZ 85282 direct [REDACTED]
| [REDACTED] | [REDACTED]

---

From: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance [REDACTED]
Sent: Monday, August 10, 2015 8:18 AM
To: Mike Bibbee
Cc: OSD Pentagon OUSD P-R Mailbox Vol Edu Compliance; Gary Harrah; Tim Slottow
Subject: University of Phoenix: Notification of Potential Non-Compliance with DoD MOU/DoDI 1322.25_Improper Access

Dear Educational Institution Representative,

This is to inform you of potential non-compliance issue(s) with your signed Department of Defense (DoD) Voluntary Education Partnership Memorandum of Understanding (MOU) regarding the Department of Defense Instruction 1322.25, "Voluntary Education Programs."

It has come to our attention that the University of Phoenix may have improperly accessed the DoD installation for the purpose of participating in recruitment-type activities (i.e., job training, career events or education fairs) at five distinct DoD installations (detailed below). In this case, the non-compliance report was referred to our compliance inbox (osd.pentagon.ousd-p-r.mbx.vol-edu-compliance@mail.mil) with respect to a Reveal News article published June 30, 2015 (attached). Non-compliant with the terms of the Voluntary Education Partnership MOU the University of Phoenix signed with DoD, the report indicates the institution may have: 1) improperly accessed the DoD installation and 2) engaged in unfair recruiting and marketing activities as outlined below.

4

1) Navy Operational Support Center, Fort Worth, TX (Navy Reserve): The report alleges the University of Phoenix engaged in recruiting and marketing activities through its participation in a Hiring Our Heroes event at the Navy Operational Support Center building held October 29, 2014. Further, the responsible Education Advisor indicates no knowledge of an access request for the specific event/date prior to receiving the publication of the Reveal News article nor do they have a record of an approved DoD installation access request for the aforementioned event/date.

2) Fort Bragg, NC (Army): The report alleges the University of Phoenix engaged in recruiting and marketing activities through its participation in a Hiring Our Heroes event at the Fort Bragg Transition Summit held August 12-13, 2014. Further, the responsible Education Advisor indicates no knowledge of an access request for the specific event/date prior to receiving the publication of the Reveal News article nor do they have a record of an approved DoD installation access request for the aforementioned event/date.

3) Fort Carson, CO (Army): The report the University of Phoenix provided briefings to newly assigned Service members at Fort Carson, CO. We note that the specific event/date referenced is related to the institution's sponsorship of the Newcomer's Social at Fort Carson held February 3, 10, 17, and 24, 2015 and May 5, 12, 19, and 26, 2015. Further, the responsible Education Advisor indicates no knowledge of an access request for the February events/dates prior to receiving the publication of the Reveal News article nor do they have a record of an approved DoD installation access request for the February events/dates. While we note that the responsible Education Advisor received a properly completed access request and approved access for the institution's sponsorship of the Newcomer's Social events held May 5, 12, 19, and 26, 2015, the institution may have participated in unfair recruiting and marketing activities at the permitted events/dates non-compliant with the terms of the Voluntary Education Partnership MOU signed with DoD.

4) Fort Hood, TX (Army): The report alleges the University of Phoenix engaged in recruiting and marketing activities through its sponsorship of an Easter Egg Hunt at the Belton Lake Outdoor Recreation Area of Fort Hood held April 2, 2015. Further, while the responsible Education Advisor confirmed awareness of the commercial sponsorship agreement signed between the institution and the DoD installation, they indicate no knowledge of an access request for the specific date/event prior to receiving the publication of the Reveal News article nor do they have a record of an approved DoD installation access request for the aforementioned event/date.

5) Fort Campbell, KY (Army): The report alleges the University of Phoenix engaged in recruiting and marketing activities through its sponsorship of a Big Smo Concert at the Division Parade Field of Fort Campbell held October 17, 2014. Further, the responsible Education Advisor indicates no knowledge of an access request for the specific event/date prior to receiving the publication of the Reveal News article nor do they have a record of an approved DoD installation access request for the aforementioned event/date.

The aforementioned place your institution in apparent violation of several provisions of your MOU with DoD, specifically, but not limited to paragraphs 3a(1)(b)1, 3j, 5a(2). By signing the DoD Voluntary Education Partnership MOU, your educational institution agrees to comply with its terms. Please note that in accordance with Changed 3, educational institutions failing to comply may receive a range of penalties from a written warning to revocation of the DoD Voluntary Education Partnership MOU and removal from participation in the DoD Tuition Assistance Program.

Your institution has fourteen days (14) from the receipt of this notification to submit your written response to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for each of the aforementioned.

---

Compliance Team
State Liaison & Educational Opportunity
OUSD(P&R), Military Community & Family Policy (MC&FP) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



**OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

MANPOWER AND
RESERVE AFFAIRS

October 7, 2015

University of Phoenix
1625 West Fountainhead Parkway
Tempe, AZ 85282-2371

Dear Sir/Madam:

    On June 20, 2014, William Pepicello, President of the University of Phoenix, signed the Department of Defense (DoD) Voluntary Education Partnership Memorandum of Understanding (DoD MOU). In response to allegations published by the Center for Investigative Reporting on June 30, 2015 (*see* https://www.revealnews.org/article/university-of-phoenix-sidesteps-obama-order-on-recruiting-veterans/), the Department has conducted a review of the agreements between the University of Phoenix and the DoD, as reflected in the DoD MOU. This review revealed several violations of the DoD MOU attributed to the University of Phoenix, including, but not limited to, transgression of Defense Department policies regarding use of its official seals or other trademark insignia and failure to go through the responsible education advisor for each business related activity requiring access to the DoD installations identified in the aforementioned article (i.e., Navy Operational Support Center, Fort Worth, TX; Fort Bragg, NC; Fort Carson, CO; Fort Hood, TX; and Fort Campbell, KY). Although the University of Phoenix has responded to these infractions with appropriate corrective action at this time, the frequency and scope of these previous violations of the DoD MOU is disconcerting.

    Now it has come to our attention that the University of Phoenix is under review by both the Federal Trade Commission (FTC) and the California State Attorney General. University of Phoenix, Inc. is a wholly-owned subsidiary of The Apollo Education Group, Inc., which on July 29, 2015 filed a Form 8-K Report with the United States Securities and Exchange Commission noting that it received a Civil Investigative Demand from the FTC, which requested documentation to determine if the University of Phoenix ". . . engaged or are engaging in deceptive or unfair practices in or affecting commerce in the advertising, marketing, or sale of secondary or postsecondary educational products or services or education accreditation products or services." The Apollo Education Group, Inc. also disclosed that the California State Attorney General issued an investigative subpoena requiring it to turn over information "relating to members and former members of the U.S. military and California National Guard, including marketing, recruiting, billing, financial aid, accommodation and other services for military personnel." The information requested dates back to July 1, 2010 regarding the University of Phoenix's use of U.S. military logos and emblems in marketing and its compliance with Executive Order 13607, "Establishing Principles of Excellence for Educational Institutions Servicing Service Members, Veterans, Spouses, and Other Family Members."

The allegations associated with these inquiries, if substantiated, would violate several additional provisions of the University of Phoenix MOU with DoD, specifically, but not limited to: section 3a(2), for failing to comply with governing Federal law and the requirements set forth in the DoD MOU; and section 3j and its subsections, which seek to eliminate unfair, deceptive and abusive marketing. Further, while we note that you are a participating member in Servicemembers Opportunity Colleges (SOC), the allegations also raise a concern regarding the University of Phoenix's adherence to SOC Principles and Criteria and the Military Student Bill of Rights, as required by section 3m(1) of the DoD MOU.

Please be advised that, as of the date of this letter, we have placed the University of Phoenix in probationary status and we are considering whether to terminate our MOU with you pursuant to paragraphs 1.r(1) and 6(f) of the MOU. Such termination would preclude your participation in the DoD Tuition Assistance (TA) program. While in a probationary status, and with a view to minimizing harm to students, the University of Phoenix will be permitted to "teach-out." This means that a current University of Phoenix student receiving DoD TA will be permitted to complete courses already in progress and enroll in new courses deemed to be part of that student's established academic program. However, other than as required to complete the "teach-out" process for current students, the University of Phoenix will not be authorized access to DoD installations for the purposes of participating in any recruitment-type activities, including but not limited to job training, and career events and fairs. Further, no new or transfer students at your institution will be permitted to receive DoD TA.

You have fourteen (14) days from the date of receipt of this letter to submit your response to the aforementioned. During this period, the University of Phoenix's MOU with the DoD will remain in a probationary status. Should your institution elect to respond during this timeframe, any information you submit will be considered by the DoD in its determination of the status of University of Phoenix's MOU with the DoD. This review will consider whether continued participation in the DoD TA program will be allowed and, if so, in what status, and whether further action, to include termination in accordance with paragraph 6(f) of the University of Phoenix MOU with the DoD, is warranted.

Sincerely,

Dawn Bilodeau
Chief, DoD Voluntary Education
Military Community and Family Policy

Sent via Certified Mail/Return Receipt Requested

2

**United States Senate**
WASHINGTON, DC 20510

October 22, 2015

The Honorable Ashton Carter
Secretary
Department of Defense
1000 Defense Pentagon
Washington, DC 20301

Dear Secretary Carter,

We write to ask that you review an October 7, 2015, decision by Ms. Dawn Bilodeau, Chief of Voluntary Education for the Department of Defense ("DoD"), to place the University of Phoenix ("the University") on probationary and potential termination status with respect to its participation in the DoD Tuition Assistance (TA) Program for active duty military personnel. We strongly support efforts to monitor the integrity of colleges and universities serving our nation's servicemembers. However, based on our review of the relevant documents associated with this decision, we are concerned that the DoD's decision is unfair, requires additional review, and may warrant reconsideration.

The TA program is an important benefit that enables active duty military personnel to choose a postsecondary education program that best fits their needs to enhance both career and personal goals. The program also serves as an important tool for the DoD to further the recruitment and retention efforts of our nation's volunteer armed forces. We strongly believe that these earned benefits and educational opportunities for our servicemembers should not be jeopardized because of political or ideological opinions of some Members of Congress regarding the types of institutions that provide postsecondary education to our troops.

As you know, the University of Phoenix participates in the TA program through the DoD's Voluntary Education Partnership Memorandum of Understanding (MOU), which conveys the commitments and agreements between colleges and universities and DoD and ensures that the TA funds are spent wisely to support servicemembers attending quality educational programs. However, it is our understanding that Ms. Bilodeau's decision and threats of termination of participation in the TA program rely on overly technical violations of the MOU, fail to acknowledge any of the University's corrective action or pledged cooperation and are based, in part, on unsubstantiated allegations associated with inquiries not initiated by the DoD.

With respect to the University's violation of DoD policies on the use of official seals or other trademark insignia with "challenge coins," Ms. Bilodeau's letter concedes that "the University of Phoenix has responded to infractions *with appropriate corrective action at this time*." While the University has remedied this infraction, we are concerned that traditional public or private, non-

The Honorable Ashton Carter
October 22, 2015
Page 2

profit universities, including Southern Illinois University, utilize similar challenge coins with impunity. (See attached photographs.) We remain skeptical that the DoD is evenly and uniformly enforcing its policies on all institutions of higher education and appears to be unfairly singling out certain institutions of higher education based on a letter from the Vice Chairman of the Defense Subcommittee of the Senate Appropriations Subcommittee. (See Letter to Secretary of Defense, June 30, 2015, attached.) It has also come to our attention that on the evening of October 20th, DoD issued additional new guidance on the use of these coins clearly indicating that the regulatory field remained vague and was not settled.

With respect to the University's apparent failure to obtain specific approval for conducting partnership activities at several military installations, it is our understanding that the University obtained approval from the respective base leadership to sponsor, sometimes at their request, partnership events. While the University may have technically violated the MOU's requirement that the University coordinate with the Education Services Officer, those who have served in the military readily understand and respect the chain of command. Approval from the base leadership should be sufficient to meet the requirements of the MOU regardless of the Education Services Officer's involvement and, should not be cited as a basis for probation and possible termination.

More concerning, however, is Ms. Bilodeau's rationale to suspend participation in the TA program based on requests for University documents by two government agencies that are not in fact the DoD. It is worth noting that a request of documents does not indicate a violation or admittance of guilt. In fact, Ms. Bilodeau appears to agree, indicating that the allegations by other entities have not yet been substantiated. However, without fair warning or a sufficient opportunity to be heard, the DoD informed the University of Phoenix that, among other things, "no new or transfer students at your institution will be permitted to receive DoD [tuition assistance]" and it is actively considering terminating its MOU with the University. Ms. Bilodeau's decision to give the University fourteen (14) days to respond to the probation decision effectively puts the University in the position of having to respond to reviews undertaken by agencies other than the DoD. These actions seemingly assume the guilt of the University before they are proven and ignore the remedied infractions identified by and directly within the jurisdiction of the DoD.

The University of Phoenix has a long history of serving working adults and others for whom traditional university schooling is unavailable, including more than 200,000 enrolled civilian and military students spread out across more than 100 locations in 17 states. With almost 20,000 faculty and 8,800 staff in every state and the territories as well as just over 1,400 faculty and 6,300 staff in Arizona alone, the University of Phoenix is a significant member of the Arizona and broader higher education community. Like any organization that chooses to partner with the DoD to serve our servicemembers, the University has a legitimate expectation to be dealt with fairly and reasonably. Given our aforementioned concerns, we believe that the DoD's decision

The Honorable Ashton Carter
October 22, 2015
Page 3

should be evaluated for considerations of fairness and cooperation and ask that you independently and carefully review this bold decision.

To help us obtain a better understanding of the DoD's actions in this matter, and to help ensure that all institutions of higher education – for-profit, public and private, non-profit colleges and universities – are held to the same standard of conduct relative to DoD rules and regulations, we ask that you provide us with the following information by October 30th before you take any additional action on this matter:

1) What are the specific, factual, and evidentiary bases for the DoD's recent decision to place the University of Phoenix on probationary status?

2) Did anyone besides Ms. Bilodeau review this decision? Please provide any internal decision memorandum that reflects that decision when it was originally made.

3) Please describe why the DoD official who reviewed the decision believes he/she can place the University on probation when, as Ms. Bilodeau stipulates in her October 7th letter, the University has already remedied identified infractions of the MOU?

4) Please provide all documents, including communications from Members of Congress, or their staff, and any outside party regarding the University of Phoenix and this matter. Also, provide the guidelines relating to the establishment of a probation sanction or imposition of probationary status against the University of Phoenix.

5) Please provide a list of all institutions of higher education participating in the DoD's Voluntary Education Partnership and/or Tuition Assistance programs that have been placed on probationary status in connection with a violation of their MOU; the reasons each of those schools were placed on probationary status; and whether each such school was given opportunity to make corrective actions before being placed on probationary status.

6) Please provide a list of those schools where the DoD MOU was terminated and the reasons for such termination.

7) Is it the DoD's practice to place both for-profit and not-for profit universities on probation when another federal or state agency makes a civil investigative demand for documents? If so, please identify other instances where this has taken place and the reasons for taking such action.

8) Please list those schools that currently use or previously used challenge coins with DoD official seals or other trademark insignia; indicate whether such schools obtained prior DoD authorization for such use; describe any sanctions imposed for such use; and provide any documents or correspondence relating to such use or sanction determination.

9) Please describe the military chain of command as it relates to the MOU and a decision by the base leadership to permit an institution to sponsor an event on base.

The Honorable Ashton Carter
October 22, 2015
Page 4

10) If this probationary period is extended or the MOU with the University of Phoenix is terminated, how many active duty military personnel do you estimate will be impacted by this decision?

The TA program is critical to our nation's servicemembers' educational and career opportunities, primarily to prepare them to serve in positions of increased responsibility within the military, but also to prepare them to transition to productive civilian careers. While we support efforts to root out waste, fraud, and abuse, we hope that you will review this situation with great caution and care. The Senate Committee on Health, Education, Labor and Pensions is additionally in the process of reauthorizing the Higher Education Act and exploring ways to ensure quality at all of our colleges and universities is of utmost importance and concern.

We look forward to your timely response and should you have additional questions, please feel free to ask your staff to contact our ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Sincerely,

John McCain
U.S. Senator

Jeff Flake
U.S. Senator

Lamar Alexander
U.S. Senator