☼AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME David Stickney | 2. PHONE NUMBER (858) 793-0070 | 3. DATE 02/15/2017 |
|---|---|---|

| 4. FIRM NAME Bernstein Litowitz Berger & Grossmann LLP |
|---|

| 5. MAILING ADDRESS 12481 High Bluff Drive, Suite 300 | 6. CITY San Diego | 7. STATE CA | 8. ZIP CODE 92130 |
|---|---|---|---|

| 9. CASE NUMBER 2:16-cv-00689-JAT | 10. JUDGE James A. Teilborg | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 02/15/2017 at 3:30 p.m. | 12. |

| 13. CASE NAME Lomingkit v. Apollo Education Group Incorporated, et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix Division | 15. STATE Arizona |

16. ORDER FOR
☐ APPEAL       ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL                 ☐ IN FORMA PAUPERIS        ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Courtroom 503 | 02/15/2017 at 3:30 p.m. |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☑ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☑ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS davids@blbglaw.com |
|---|---|
| 19. SIGNATURE /s/David Stickney | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 02/15/2017 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY