OK-SQ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Rameses Te Lomingkit, et al.

Plaintiff(s)/Petitioner(s),
vs.

Apollo Education Group, Inc., Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, and William Pepicello

Defendant(s)/Respondent(s)

CASE NO: 16-CV-00689

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: APPLICATION FEE REQUIRED!**

I, James W. Prendergast, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Apollo Education Group, Inc.

**City and State of Principal Residence:** Boston, Massachusets
**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP (WilmerHale)
**Address:** 60 State Street  **Suite:**
**City:** Boston  **State:** MA  **Zip:** 02109
**Firm/Business Phone:** (617) 713-6181
**Firm Fax Phone:** (617) 526-5000  **E-mail Address:** james.prendergast@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| State of Massachusets, Suffolk Sup. Ct. | 12/14/1988 | ✓ Yes | ☐ No* |
| USDC, District of Massachusetts | 02/22/1989 | ✓ Yes | ☐ No* |
| US Court of Appeals, 1st Circuit | 01/12/1990 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No
Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/13/2017  /s/ James W. Prendergast
**Date**  **Signature of Applicant**
**Fee Receipt #** PHX183314

(Rev. 04/12)

I am admitted to practice before the following additional courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| US Court of Appeals, 2nd Circuit | 12/16/2015 | Yes |
| US Court of Appeals, 3rd Circuit | 08/16/2006 | Yes |
| US Court of Appeals, 9th Circuit | 07/21/2015 | Yes |
| USDC, District of Connecticut | 06/23/1989 | Yes |

# United States Court of Appeals



For the

# First Circuit

## Certificate of Good Standing

I, Margaret Carter, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that James William Prendergast was on the twelfth day of January, in the year of our Lord, nineteen hundred and ninety, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

*In Testimony Whereof*, I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this ninth day of March, in the year of our Lord, two thousand and seventeen.





Margaret Carter

Clerk of the United States Court of Appeals for the First Circuit