1  David B. Rosenbaum, 009819
   Brian K. Mosley, 030841
2  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85012-2794
   (602) 640-9000
4  drosenbaum@omlaw.com
   bmosley@omlaw.com
5
6  Michael G. Bongiorno, *Pro Hac Vice*
   WILMER CUTLER PICKERING HALE AND DORR LLP
7  250 Greenwich Street, 7 World Trade Center
   New York, NY 10007
8  (212) 230-8800
   Michael.bongiorno@wilmerhale.com
9
   Peter A. Spaeth, *Pro Hac Vice To Be Filed*
10 James W. Prendergast, *Pro Hac Vice*
   WILMER CUTLER PICKERING HALE AND DORR LLP
11 60 State Street
   Boston, Massachusetts 02109
12 617-526-6150
   Peter.spaeth@wilmerhale.com
13 James.prendergast@wilmerhale.com

14 *Attorneys for Defendants*

15

16                    IN THE UNITED STATES DISTRICT COURT

17                          FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, individually and on behalf of all others similarly situated, | No. 2:16-cv-00689-JAT |
| | **CLASS ACTION** |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF ATTORNEY WITHIN FIRM** |
| Apollo Education Group, Inc. (f/k/a Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, and William Pepicello, | |
| Defendants. | |

1    Osborn Maledon, P.A., counsel of record for Defendants, hereby gives notice
2 under L.R. Civ. 83.3(b) that Maureen Beyers, one of the lawyers within Osborn
3 Maledon with responsibility for this matter, has left her employment with the firm and
4 will no longer be appearing on behalf of Defendants.  Defendants will continue to be
5 represented by their other existing counsel of record.

6    Osborn Maledon, P.A. requests that Maureen Beyers, Arizona Bar No. 017134,
7 be removed from the electronic notice system for this matter effective immediately.

8    DATED this 17th day of March, 2017.

OSBORN MALEDON, P.A.

By: s/David B. Rosenbaum
   David B. Rosenbaum
   Brian K. Mosley
   2929 North Central Ave., Suite 2100
   Phoenix, Arizona 85012-2793


WILMER CUTLER PICKERING HALE AND DORR, LLP
   Michael G. Bongiorno, *Pro Hac Vice*
   250 Greenwich Street
   7 World Trade Center
   New York, New York 10007

   Peter A. Spaeth, *Pro Hac Vice To Be Filed*
   James W. Prendergast, *Pro Hac Vice*
   60 State Street
   Boston, Massachusetts 02109

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                          s/ Patricia D. Palmer