**ADDENDUM B**

**BACKGROUND AND STATEMENTS OF CONFIDENTIAL WITNESSES ("CW") IN THE
CONSOLIDATED AND AMENDED COMPLAINTS[1]**

| FUNCTIONALITY ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 1: Apollo's Release Engineer from January 2012 to mid-October 2015** (CAC, ¶ 51 n.4, SAC, ¶ 55 n.6)<br><br>**Responsibilities:** He "was directly involved in the deployment of Apollo's software. He worked on deploying software related to Apollo's Learning Management System, and worked with engineers who were involved in developing the Learning Management System. His experience before joining Apollo included 11 years as a Lead Release Engineer for Verizon. Altogether, he had 20 years of experience doing direct release management." (CAC, ¶ 51 n.4; SAC, ¶ 55 n.6) | He "explained that the new classroom was problematic beginning in 2012 and continuing on a daily basis thereafter, from 'the day we rolled it out,' as the classroom was 'constantly kept in turmoil' and 'never got better' in his tenure at the Company." (CAC, ¶ 51, SAC, ¶ 55)<br><br>He "confirmed that outages sometimes lasted for as long as a day or more" (CAC, ¶ 54, SAC, ¶ 56)<br><br>He "explained that the new online classroom suffered from recurring problems over the course of its deployment. There were 'pretty much constant problems.' It was 'one thing after another.' The situation 'never improved.' He described the Apollo employees as 'constantly ~~doing fixes and having to deal~~ being bombarded with emergencies,' and agreed that the Learning Management System amounted to 'death by a thousand cuts.' According to him, in his decades of experience, the problems with the new classroom were unusually bad. There were '[f]our ~~or~~ to five emergencies every day and which took priority over everything else' and that was 'new to me.' He further described how the disruptions were 'common knowledge' within Apollo. In fact, the new classroom was dysfunctional on such a frequent basis that it was an ongoing joke of 'how many emergencies' would the new online classroom face in any given day" (CAC, ¶ 53, SAC, ¶ 57) |
| **CW 2: Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014** (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7)<br><br>**Responsibilities:** He "~~stated that he~~ led the release team, and was responsible for releasing the new classroom into production and Quality Assurance. Anything that went into production and Quality Assurance would go through his team, ~~he explained~~. ~~He confirmed that~~ He was responsible for dealing with technical issues and problems | He "confirmed that there was a steady stream of issues with getting the new online classroom in place, and his team started reporting issues with the new online classroom immediately" (CAC, ¶ 51, SAC, ¶ 55)<br><br>He "stated that sometimes a widespread blackout meant that logged-in users could continue working while logged in, while those trying to log in were precluded from doing so. Other times every user was disconnected from the new classroom and no one was allowed to log in. He confirmed that widespread outages such as these were more common with the new classroom and tended to be more widespread." (CAC, ¶ 54, SAC, ¶56)<br><br>He "has worked in information technology for approximately 30 years, many of them as a release |

---

[1] *Underscored text indicates material that first appeared in the SAC, non-underscored text indicates material included in both the SAC and CAC, and strikethrough text indicates material from the CAC that was deleted in the SAC. Not all minor stylistic changes between the CAC and SAC are included herein.*

| FUNCTIONALITY ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| that arose with software, and ~~that~~ his team would encounter and address any issues with installation. They would react to the issues that involved the installation of the new classroom, and his team was involved in rolling software back." (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7) | engineer, and stated that the disruptions with the new classroom seemed to be coming at a higher rate than he would have expected [CAC, ¶ 52]. There were a number of outages that lasted between 12 and 36 hours [CAC, ¶ 54]." (SAC, ¶ 56).<br><br>He "recalled that there were quite a number of times in which the systems were down for repair or adjustments or releases took too long, ~~and it~~ which impacted the students' ability to meet their class deadlines. ~~He confirmed that he stayed in contact with several of the engineers on his release team after he left Apollo, and they informed him that there were additional issues with the new classroom after he left. He stated that there were certainly major issues with the transition of the platform, that new classroom was the biggest push in engineering for years, and that it kept running into issues~~" (CAC, ¶ 55, SAC, ¶ 59) |
| **CW 3: UOP's Enrollment Manager from October 2009 to June 2015** (CAC, ¶ 51 n.6, SAC, ¶ 55 n.8)<br><br>**Responsibilities:** She "was also a University of Phoenix Enrollment Counselor from July 2006 to September 2009, and an Enrollment Manager with the University until 2015. She was responsible for the training and development of her team of enrollment ~~managers~~ advisors. Her team spoke with potential and current students, and she would interact with students and help with the enrollment process if necessary. Students who experienced difficulty with the new classroom called in and were upset about the new platform. Because she interacted with students, she knew that they were complaining about the new classroom." (CAC, ¶ 51 n.6, SAC, ¶ 55 n.8) | She "also confirmed that the new classroom problems started immediately after implementing the system." (CAC, ¶ 51, SAC, ¶ 55) |
| **CW 4: Apollo's Principal Systems Engineer from January 2012 to October 2015** (CAC, ¶ 54 n.7; SAC, ¶ 58 n.9)<br><br>**Responsibilities:** She "led a team of approximately 12 employees who were part of Apollo's release team and who handled all of the production releases and most of the Quality Assurance releases as well, including those for the new classroom. She spent all of her time in the release group, was responsible for installing and updating, and | She "confirmed that there were severe outages, such as when the new classroom went down for a couple of days, students could not log in, and 'it was ugly.' She recalled, for instance, when the HP Hypervisor in charge of a major portion of the new classroom went down and took several days to get back up. No one could access the new classroom during that time, so it affected pretty much the entire student body. Anyone on the old classroom, however, was still able to work." (CAC, ¶ 54, SAC, ¶ 58)<br><br>She "explained [that] outages varied in severity. Some outages meant that students could log in but could not use the library, or anyone in a specified degree program would not be able to work" (CAC, ¶ 55, SAC, ¶ 59)<br><br>~~"When she started at the company in 2012, Apollo had about 800 applications running, a number so large~~ |

| FUNCTIONALITY ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| reported to Apollo's IT Engineering Manager and Release Manager, identified at footnote 7 herein. ~~She explained that~~ Within the new release group, there were 6-7 people dedicated entirely to the new classroom for several years, and that she managed employees who were solely dedicated to new classroom." (CAC, ¶ 54 n.7, SAC, ¶ 58 n.9) | ~~that she called it 'insane' because it prevented technical employees from knowing what they were doing. Over the course of her years with the Company, Apollo eliminated at least 260 applications, but even that, she explained, is still a large number of applications that all require care and all have costs associated with them" (CAC, ¶ 57)~~<br><br>She "stated that one of her colleagues on her team, a long-time Apollo employee who had gone back to school, quit going to the University of Phoenix because she 'couldn't stand the new classroom; it took her longer to do everything; she couldn't find access to everything she needed.' This colleague was familiar with the old classroom and, thus, was able to compare the two." (SAC, ¶ 62) |
| **CW 5: Apollo's National Defense Liaison ("NDL") from March 2012 to June 2014** (CAC, ¶ 56 n.9, SAC, ¶ 60 n.12)<br><br>**Responsibilities:** ~~He "worked in the Missouri region and was responsible for reaching out to the military community through a series of events. He developed relationships with the military bases to be allowed to attend or sponsor events on the military bases.~~ He personally tried a class on the new classroom platform between February 2014 and April 2014, and the Company asked him to perform an audit of the course and provide feedback. He found the new classroom to be 'horrendous.'" (CAC, ¶ 56 n.9, SAC, ¶ 60 n.12) | He "stated that he experienced log in problems 50% of the time that he tried to access the new classroom. There was a constant struggle to log in, and once he logged in, the system was still 'atrocious'. Technical problems such as these… led students to fail classes because the new classroom would not let them turn in assignments on time, and the University would then fail the students. ~~While at [UOP] he heard in~~ During a meeting, he was told that 40% of enrolled students would dis-enroll after their first class because of issues such as these on the 'horrendous' platform. The problem was not due to inadequate training of the students, but rather, it was due to the new classroom technology." (CAC, ¶ 56, SAC, ¶ 60) |
| **CW 6: UOP's Military Enrollment Advisor and NDL from April 2009 to June 2013** (CAC, ¶ 56 n.10, SAC, ¶ 60 n.13)<br><br>**Responsibilities:** She "served as an enrollment officer from April 2009 until April 2010, then worked as an NDL from April 2010 until June 2013. The NDL's territory was New England, which included air bases, National Guard units, and reserve units in Massachusetts, Vermont, New Hampshire, Maine, and sometimes Rhode Island. The NDL reported to Ryan Harkey, the NDL Manager for New England. Harkey reported to Ryan Harrah, whom University of Phoenix's Military Enrollment Advisor and | She stated that "her friends ~~of his~~ who ~~were taking~~ took classes on the new classroom ~~platform~~ had major issues, including being unable to upload their homework." (CAC, ¶ 56, SAC, ¶ 60) |

| FUNCTIONALITY ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| NDL from April 2009 through June 2013 believes was the NDL Manager for all of the territories." (CAC, ¶ 56 n.10, SAC, ¶ 60 n.13) | |
| **NEW CW 1: Apollo's Director of Client Engagement from June 2012 to August 2013; with Apollo through May 2015** (SAC, ¶ 58, n.11)<br><br>**Responsibilities:** He "was with Apollo from July 2009 through May 2015. In June 2012, he became the Director of Client Engagement for Apollo Education Services, a group in which he and his colleagues attempted to sell Apollo's new online classroom platform to third parties. He held that position until August 2013." (SAC, ¶ 58 n.11) | He "confirmed that there were incidents where the online classroom would crash, or where students could not log in." (SAC, ¶ 58).<br><br>He "stated that there were a number of general complaints about the online classroom feature sets compared to how the legacy platform had worked. He stated that he knew there were reliability issues with the new classroom, there was a lack of consistency, and Apollo was not able to target the deliverables that they were looking at. It was behind on functionality and feature set, and it was behind schedule." (SAC, ¶ 62) |

| LAYOFFS ||
| --- | --- |
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 2: Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014** (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7) | He stated that "there were rounds of significant layoffs in his last 12 to 18 months with Apollo, in 2013 and 2014, during which his release team was reduced from 27 release engineers down to about 21 at the end of 2013, then reduced further to about 14 to 17 release engineers when he left the Company in July 2014. After his departure, he kept in touch with engineers on his team, and his team was cut twice more, so that by about mid-2015 Apollo had laid off nearly the entirety of his team and the team was basically eliminated." (CAC, ¶ 58, SAC, ¶ 63) <br><br> "He further confirmed that the layoffs 'cut across everybody' in the IT department. 'There were teams that were hit harder than us, but they were pretty significant, and they cut pretty deep,' he explained. The layoffs affected the Company's ability to respond to issues, as it did not have the horsepower, and in some cases, Apollo had lost specific intelligence about parts of the system. Apollo lost database people, engineers, software developers, and project managers in the layoffs. He specified that there was a round of layoffs in the IT department in September or October of 2013, and 'the cuts were deep even before I left [in July 2014] and, of course, much deeper after I left.' He explained that the layoffs led to loss of institutional knowledge, and that his team became 'so decimated.'" (CAC, ¶ 59, SAC, ¶ 65) <br><br> He "also explained how the layoffs that occurred ~~throughout~~ during his time at the Company in 2014 ~~and into early 2015~~ made it difficult to keep in place controls ~~related to the new classroom~~, and because those controls were no longer in place, more problems were introduced into the software's production than otherwise would have ~~otherwise~~ been introduced. ~~The number of teams working on a given release was reduced, and when the product went into production, it failed.~~ The layoffs not only affected the release team, but also the 'development' team, which included the coders who developed the system before it was implemented. As he explained, the development team was on a timeline to deliver certain pieces of the new classroom, and critical people for developing these pieces were no longer there. The development team repeatedly warned that they needed more time, and these warnings went up to executives, including Apollo's Chief Information Office, Mike Sajor." (CAC, ¶ 60, SAC, ¶ 66) <br><br> He "stated that he heard both before and after leaving Apollo that, in addition to the release team initiating reports, 'the development side,' i.e., the coders who developed system features before they were implemented, 'was pushing warnings upward.'" (CAC, ¶ 64, SAC, ¶ 66) <br><br> He "explained [that] when disruptions occurred, a 'war room' would be called immediately. The war room would include at least 1-2 people from the release team, members of the development team, members of the database team, and probably one or two people from operations. The war rooms were created under Sajor's mandate…. As time went on and as a result of the layoffs, Apollo could not fully |

| LAYOFFS ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | staff a war room. There were simply not enough people, making it difficult to address the technical issues of the new classroom. As Apollo was no longer able to staff the war rooms, ~~he explained~~ it became more difficult to find the source of the technical issue and more challenging to get a solution moved into production." ~~'[T]he war rooms were kind of broken' and '[t]hey couldn't function as war rooms anymore,' so it was harder to get the resources that were necessary."~~ (CAC, ¶ 61, SAC, ¶ 67)<br><br>He "left the Company in July 2014 because 'the cuts were so deep and my team could no longer function.' When he turned in his resignation, he told management that such cuts were the reason for his resignation. His information was turned over to Sajor, and he had an exit interview with Sajor. Sajor stated that Apollo was 'trim[ming] the fat' due to declining revenue and declining enrollment. As Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014 explained, these decision 'to trim the fat' would have come from the CFO or the CEO." (SAC, ¶ 69) |
| **CW 4: Apollo's Principal Systems Engineer from January 2012 to October 2015** (CAC, ¶ 54 n.7; SAC, ¶ 58 n.9) | She "confirmed that there were layoffs in 2013 and 2014. She stated that Cappelli and senior management knew of the layoffs. Companies, not just Apollo, always hold 'a survivors' meeting' after they do these types of layoffs. Cappelli attended at least one of the 'survivors' meetings' where the Company discussed the layoffs." (SAC, ¶ 64)<br><br>She "confirmed that the layoffs 'of course' harmed the Company's ability to respond to all the disruptions the online classroom was having. She stated that the layoffs 'were sabotaging [Apollo's] ability to operate as a company.'" (SAC, ¶ 68) |
| **NEW CW 1: Apollo's Director of Client Engagement from June 2012 to August 2013; with Apollo through May 2015** (SAC, ¶ 58, n.11) | He "corroborates that there were several waves of layoffs in his department between 2013 and 2015." (SAC, ¶ 64)<br><br>He "agreed that the layoffs affected the Company's ability to respond to issues with the online classroom. People who worked on projects were no longer there, and the ones who were left were asked to do more." (SAC, ¶ 68) |

| LAYOFFS ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **NEW CW 2: Apollo's Software Release Engineer from 2011 until September 2015** (SAC, ¶ 61 n.14)<br><br>**Responsibilities**: She "worked in Apollo's IT department, where she deployed code for the online classroom platform into production and worked under Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014, described above at footnote 7. During 2012 to 2014, she was responsible for database management, internal applications for employees, and deploying the code for the online classroom as online classroom moved through different test and certification environments. She had about three to four years of similar experience before joining Apollo. (SAC, ¶ 61 n.14) | She "confirmed that students were dropping out of University of Phoenix due to the new classroom's dysfunction. She stated that Apollo's employees knew that students were dropping out of the University due to new classroom dysfunction 'basically from the second of the roll out,' and within a couple weeks or a couple months it was 'very evident' that the numbers had changed a lot. Apollo knew links were broken, and students could not get to text books, she stated. She experienced this herself because she took classes through University of Phoenix's legacy and new online classrooms for approximately two years until spring 2015. When she took her first class on the new online platform, it was so dysfunctional that she spent approximately 10 to 20 hours per week for the first couple of weeks talking to the Help Desk trying to work around the technical problems. She stated that she could not get textbooks or find a syllabus. Online links were broken, and students could not find textbooks or figure out where to post responses to get participation. The software was so dysfunctional that she eventually gave up and dis-enrolled in spring 2015, even though she paid no tuition as an Apollo employee. By early 2015, Apollo still had not fixed the broken links. She stated that the online classroom issues that caused her to dis-enroll were the same issues that had been occurring from 2013 to 2015, that the design of the new classroom was not user friendly, and this was never addressed while she remained employed at Apollo." (SAC, ¶ 61)<br><br>She "took classes on both the legacy platform and the new classroom, and concluded that the new online classroom was 'by far' worse than the legacy system…. [S]he and fellow employees asked Apollo to go back to the legacy platform since the new classroom was not working. She stated that it was not a fair statement to say that the new classroom was greatly enhanced and provided a user friendly experience." (SAC, ¶ 62) |
| **NEW CW 3: UOP's Manager of Operational Development, Business Technology Integration, from February 2012 to January 2016** (SAC, ¶ 68 n.15)<br><br>**Responsibilities:** She "worked for Apollo for 11 years before resigning. She was involved in a lot of the focus groups in regards to the new online classroom, and assisted with running enrollment strategies and recruitments. Any technology related project went through her department, the Business Technology, Integration, and Optimization Department." (SAC, ¶ 68 n.15) | She "confirmed that the layoffs in the technology department 'definitely' negatively impacted the Company's ability to properly roll out the new classroom and to respond to issues with the classroom." (SAC, ¶ 68) |

| ROLLOUT ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 1: Apollo's Release Engineer from January 2012 to mid-October 2015** (CAC, ¶ 51 n.4, SAC, ¶ 55 n.6) | He "recalled that the new classroom was 'going to hell' in or around the summer of 2014." (CAC, ¶ 51, SAC, ¶ 76)<br><br>He "stated that Apollo's statements in June 2014 that the Company had completed the rollout of the new learning platform across the University 'sound [sic] false to me.' As he explained, there were a number of problems and emergencies after rolling it out. 'Just because of the number of issues we had, we knew there were problems with it.' He further agreed that the problems were still rampant at the times of these rollouts, commenting, 'I don't know of a time when the problems were not rampant.' 'This thing was consistently having issues – it never stopped having issues,' and the problems were constantly occurring from the time it was released." (SAC, ¶ 79) |
| **CW 2: Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014** (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7) | He "estimated that there were at least 30-50 disruptions during the rollout of the new classroom from mid-2012 to mid-2014, but that the actual number was probably higher. [CAC, ¶ 52] He confirmed that long-lasting disruptions were most prevalent in late 2013 and early 2014 when there was the big push on the online classroom. He reiterated that the really major disruptions hit in late 2013, maybe into January 2014, and it was basically 'an all stop' until they could address all of those issues." (SAC, ¶ 73)<br><br>He "stated that the new online classroom 'was not fully rolled out' to all undergraduates by June 2014. He stated that there were definitely still undergrads using the old classroom at that time, and that the new classroom did not have all the functionality of the old classroom. He further confirmed that Apollo was maintaining both the legacy and new classrooms through the time he left the Company in July 2014, and his team was releasing software updates very often to both the legacy and new classrooms on a weekly basis." (SAC, ¶ 78) |
| **NEW CW 1: Apollo's Director of Client Engagement from June 2012 to August 2013; with Apollo through May 2015** (SAC, ¶ 58, n.11) | He was "employed … to try to sell the new online classroom to other universities, but potential purchasers of the software told him that the online classroom did not work, choosing a competing product instead. He stated that he did not believe that Apollo was ever able to sell the platform." (SAC, ¶ 71)<br><br>He "stated that the group in which he worked, Apollo Education Services, decided to perform a competitive analysis themselves so they could take it to Apollo leadership and describe why they could not sell the new online classroom. In December 2012, his team concluded a high-level analysis of Apollo's online classroom versus competing online classrooms in the marketplace, and presented its findings to his managers, who in turn gave the information to Apollo's executives. [He] stated that the analysis showed that various components were not ready yet, that there were issues with faculty tools, building the classroom, and student rosters. 'Was it full featured and similar to competitive solutions? Definitely not,' he stated. He explained that 'a major component and conclusion of our team' was that the software was not selling because it did not work. The platform was not 'mature,' and it also 'couldn't |

| ROLLOUT ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | compete with what was already in the market, or provide differentiation.' He stated that his team compared Apollo's online classroom to the third-party-produced 'Blackboard' online classroom, and in doing so, his team realized that there was a big gap. He confirmed that by August 2013 at the latest, Apollo had abandoned the idea of selling the platform. He explained that Apollo did not commit to bridging the gap between the online classroom's shortcomings and the feedback from the Company's external clients." (SAC, ¶ 72) |
| **NEW CW 2: Apollo's Software Release Engineer from 2011 until September 2015** (SAC, ¶ 61 n.14) | She "similarly confirmed that when the online classroom was rolled out to graduate students, Apollo kept having to redeploy the code. She confirmed that when the program was rolled out to graduate students, it allowed the Company to see problems with the software since Apollo was receiving a lot of feedback." (SAC, ¶ 73)<br><br>She "further agreed that it was misleading for Apollo to state in March 2014 that there was an ecosystem or culture around retention. She agreed that having a culture around retention means having an online classroom that is not so incredibly frustrating that people do not want to use it. 'You have to be able to use it, and not dread logging in.' While retention was an early Company goal with the online classroom, 'by March 2014 they did not achieve that goal by any stretch of the imagination.' Apollo was still saying the 'same stuff in the marketing materials from two years ago' and 'spitting out the same thing they've been saying forever, but it's not true anymore' and the Company had to change the message. There 'may have been a goal, but you missed it,' she stated. According to [her], Apollo was in damage control by March 2014." (SAC, ¶ 74)<br><br>She "stated that in 2013 and 2014, Cappelli led quarterly internal town hall meetings at which he was joined by rotating VPs. There was a question and answer period, as well as a 'state of the union'-type speech by Cappelli, during each town hall. She confirmed that she attended the town hall meeting in person at times, and at other times by calling in; in each instance she confirmed that Cappelli was leading the town hall either by seeing him, or by hearing him speak." (SAC, ¶ 75)<br><br>She "stated that the new classroom was brought up a lot during these town hall meetings, with employees asking pointed questions. She recalled that around May 2014, employees in the town halls led by Cappelli were asking that the Company go back to the legacy classroom because the new classroom was broken. She further stated that she also asked Apollo to go back to the legacy platform since the new classroom was not working, and did so by speaking with the Help Desk and her personal management." (SAC, ¶ 76)<br><br>She "agreed that it was misleading when, in June 2014, the Company stated that the new learning platform had been greatly enhanced and provided a more efficient and user friendly experience. She |

| | ROLLOUT |
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | explained that the industry meaning for the term 'user friendly' relates to how easy to navigate the product is. If a program is user friendly, then one could figure out where the searches are and where to click, and one does not have to be 'tech savvy' to figure it out. [She said], 'none of that existed with the new classroom.' One couldn't figure out where to go and couldn't find weekly questions or where to post. By contrast, Apollo's legacy platform was 'very easy to figure out.' She confirmed that people involved in this industry would understand 'user friendly' to mean what she had described about being able to find where to go. She similarly described what 'efficiency' means in relation to Apollo's online classroom and explained that the industry definition of efficiency is how fast a user can get to what he or she needs. She explained that the program is efficient if, instead of clicking four times to find a textbook, it is instead right there for the user to access. She stated that efficiency did not exist with the new online classroom. It was hard to find things, and when one clicked on links to find a document or worksheet, the links did not work. [She said that] terms like 'efficiency' and 'user friendly' were commonly used in the industry. Apollo employees would ask when Apollo would be getting the redesign to be more user friendly. She confirmed that management would know what employees meant when they said 'user friendly experience.'" (SAC, ¶ 80)<br><br>"By September 2014, [she] confirmed that a lot of students were on the platform. She agreed that it was misleading for the Company to say they were making sure the process for students to learn was seamless, and it was misleading for the Company to state in October 2014 that it had experienced a short term disruption or a small hiccup. She recalled employees rolling their eyes and thinking it was a PR spin. The Company was trying to play down what was happening, she stated." (SAC, ¶ 81) |
| **NEW CW 3: UOP's Manager of Operational Development, Business Technology Integration, from February 2012 to January 2016** (SAC, ¶ 68 n.15) | She "was involved in the planning meetings for the new classroom [and] recalled that the Company announced that the new classroom was going live to undergraduate students. 'I think it was misleading,' she said. She was working with Joe Broyles [n.17: Senior Director, Product Management - Online Services & Student Self Service at [UOP] from March 2002 to February 2017, as well as Senior Director, Learning and Development Officer - Financial Services, Apollo Group, from March 2002 to December 2009], who let her know that Apollo was still in beta groups within a couple of days of the announcement that the new classroom was going live. She heard, watched, and learned of different focus groups that the new classroom was still going through. They were still testing it, and it was not hooked up to the program Salesforce at the time of the announcement. [She] stated that the new online classroom was actually rolled out to all students months after Apollo made the announcement. The message internally at Apollo was that they had already invested a lot of money and had to show something because the stock price was decreasing." (SAC, ¶ 77) |
| **NEW CW 4: Apollo's Business Intelligence Development Manager from November 2012 to** | He "similarly confirmed that Cappelli was definitely at the town hall meetings." (SAC, ¶ 75) |

| ROLLOUT ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **February 2015** (SAC, ¶ 75 n.16)<br><br>**Responsibilities:** He "managed a team of Business Intelligence developers within the Apollo data warehousing group. His group built analytic reports for different groups within University of Phoenix and supported the various groups within different sections of the Company, primarily around student population. He was based in Apollo's corporate offices in Phoenix." (SAC, ¶ 75 n.16) | |

| SENIOR MANAGEMENT'S ALLEGED KNOWLEDGE OF ISSUES WITH THE NEW CLASSROOM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 1: Apollo's Release Engineer from January 2012 to mid-October 2015** (CAC, ¶ 51 n.4, SAC, ¶ 55 n.6) | He "attempted to quantify the number of escalations, stating that the release team was tasked to handle five to ten escalations per week, of which at least a third, and probably closer to half, related to the new classroom. He referred to escalations as 'emergencies' that had 'priority focus' because they were problems that needed to be resolved right away." (CAC, ¶ 62, SAC, ¶ 83)<br><br>He "recalled [that] the extent of the new classroom's problems was 'no big secret' within the Company." (CAC, ¶ 63, SAC, ¶ 84)<br><br>He "explained that Apollo had a proprietary software called RATD that was used to track and install various applications, which also included a built-in reporting function of the applications that failed. He stated that he was sure that Apollo's directors received RATD reports." (CAC, ¶ 64, SAC, ¶ 86) |
| **CW 2: Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014** (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7) | He "confirmed the escalation reports relating to disruptions on the new classroom. Part of his role was to initiate such a report if there needed to be an escalation about a release. The person experiencing the issue would inform his supervisor or manager, who would then create the report with a timeline on it. Issues that were sufficiently severe would be elevated to the attention of the Chief Information Officer and the CEO, Defendant Cappelli. When multi-hour disruptions occurred, [CW 2] explained, usually Sajor would request information from the group led by [CW 2], with a statement that Sajor needed to provide it upward. This group would receive emails or calls from Sajor, looking for facts about what is wrong, what they are doing, and when it is going to be fixed. Sajor would indicate that he needed the information to provide an executive summary upwards. [CW 2] saw Sajor's emails because the emails from Sajor would go to his director, who would forward them to [CW 2]. [CW 2] explained that these email requests were occurring in late 2013/early 2014. He also explained that it was up to the Chief Information Officer to inform the CEO of such issues. He stated that he knew there were occasions when the CEO would be informed of disruptions." (CAC, ¶ 63, SAC, ¶ 84)<br><br>He "explained that Apollo maintained a call center that received complaints from students and teachers regarding disruptions with the new classroom, and that the complaints arrived via phone calls and emails. The complaints sometimes came in to be part of the war room. In addition, issues regarding the new classroom would be forwarded to specific directors who would either send them to the appropriate team or escalate them upwards. He stated that, generally, the flow of communication was fairly direct, and directors would cross departmental boundaries." (CAC, ¶ 65, SAC, ¶ 87)<br><br>He "confirmed that the Chief Information Officer, Mike Sajor, was informed of disruptions on the new |

| SENIOR MANAGEMENT'S ALLEGED KNOWLEDGE OF ISSUES WITH THE NEW CLASSROOM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | classroom through conference calls" and "also recalled conference calls involving Apollo vice presidents and Sajor." (CAC, ¶ 69, SAC, ¶ 93) |
| **CW 3: UOP's Enrollment Manager from October 2009 to June 2015** (CAC, ¶ 51 n.6, SAC, ¶ 55 n.8) | She "explained that in her role as an enrollment manager, she interacted with students and was aware that they were complaining about the new online classroom." (CAC, ¶ 66, SAC, ¶ 88) |
| **CW 4: Apollo's Principal Systems Engineer from January 2012 to October 2015** (CAC, ¶ 54 n.7; SAC, ¶ 58 n.9) | She "stated that she was one of the people actively working on trying to fix <u>the</u> new classroom outages [and] explained that <u>'there was no doubt [Cappelli] knew about the disruptions.' Apollo's</u> upper management 'absolutely' knew about the major disturbances when the new classroom went down for a couple of days, causing a substantial disruption for students. Apollo had to do a root cause analysis and had a process around any type of outage. She explained that the CEO of Apollo (~~i.e., Defendant Cappelli~~) would ~~'absolutely'~~ be aware when these disruptions occurred, and that when you have a system down, escalation procedures drop into play automatically. Everyone from the CEO on down would be informed on a half hour to hourly basis of what is down, for how long, how many students were affected, and estimated time to recovery. In general, everyone would get an email on a regular basis on the status of the outage. At times, there were also "tech bridges" that were started immediately." (CAC, ¶ 62, SAC, ¶ 83)<br><br>She "confirmed that the Chief Information Officer, Mike Sajor, was informed of disruptions on <u>the</u> new classroom through conference calls." She "recalled that during the conference calls – which were also attended by various Apollo vice presidents – Sajor expressed the sentiment that the Company had to 'get the damn thing back up,' although not in those exact words." (CAC, ¶ 69, SAC, ¶ 93) |
| **CW 7: UOP's Compliance Officer and Director of Operations, Financial & Student Services from January 2008 to November 2013** (CAC, ¶ 66 n.11, SAC, ¶ 88 n.18):<br><br>**Responsibilities:** She "held numerous positions during her employment at University of Phoenix from 2000 until 2013, including Director of Operations, Financial & Student Services; Compliance Officer; Project Lead/Manager; Adjunct Faculty; Associate Director of Student Services; and Manager of Academics. She was based in Houston, Texas, and managed six campuses in Houston, one in Austin, and one in McAllen. She was responsible for the management of the students from their | She "described that she had friends and family members ~~that~~ <u>who</u> were also students, who withdrew because new online classroom was so horrible." (CAC, ¶ 66, SAC, ¶ 88) |

| SENIOR MANAGEMENT'S ALLEGED KNOWLEDGE OF ISSUES WITH THE NEW CLASSROOM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| enrollment through matriculation. She also performed audits for military financial aid and managed the financial aid process." (CAC, ¶ 66 n.11, SAC, ¶ 88 n.18) | |
| **CW 8: UOP's Executive Enrollment Sales Representative from September 2006 to November 2015** (CAC, ¶ 66 n.12, SAC, ¶ 88 n.19):<br><br>**Responsibilities:** She "was a team lead<u>er </u>at the call center in Phoenix." (CAC, ¶ 66 n.12, SAC, ¶ 88 n.19) | She "recalled receiving complaints about the new classroom from students whom she had enrolled, and a few of those students dropped out of the University of Phoenix entirely. Her impression from these conversations was that the system never worked correctly ~~after it was implemented~~." (CAC, ¶ 66, SAC, ¶ 88) |
| **Online Complaints (Consumer Affairs, BBB, Is It Down Right Now)** (CAC, ¶¶ 67-69, SAC, ¶¶ 88-92) | "[A] complaint dated June 25, 2013 [posted on Consumer Affairs] states, "University of Phoenix just released a new online classroom environment that is horrible to navigate, and very little of it works. I am taking my last class there for the MBA program and do not believe I will follow up with anymore to complete a concentration. First, their program is mundane. You have to write in the classroom environment a minimum of four days a week, twice each of those four days. Why they make you write twice each of those four days I don't know, but I was getting tired of it. They could have required a minimum of eight total posts a week over a minimum of four days, which would give you more flexibility, but they didn't. My main complaint is with the new environment. They completely revamped the look and function of their website. I do not believe they tested it well enough because when they released it, many links did not work, tests would not start, finding posts is more difficult now. Some students like me didn't have access to the student materials links. You can't download the books you pay for anymore or the course syllabus, and it is not intuitive to navigate. ~~They tried this out on students without any warning, tutorials, or training. The instructors are learning it along with the students, which in many ways is like the blind leading the blind.~~ Basically, they made us the beta testers for them without asking us, paying us, or reducing our tuition. I spent hours on the phone with IT about the issues, as does the instructor too, and issues are still not resolved. I tried to start the Capstone 1 test (fancy word for end of program midterm) and it would not start. I contacted IT and they said the instructor had to set it. I contacted the instructor and he said IT had to reset. By the time it was finally set for me, it was the following week and the period had passed for me to take the test. I got a zero because of their technical issues." (CAC, ¶ 67, SAC, ¶ 89)<br><br><u>"A complaint dated April 12, 2014 [on Consumer Affairs] similarly stated: My first two weeks were such that my web-based coursework would not load. Tech support eventually got to the issue but I'd already gotten failing grades. My facilitator told me that technical issues were not acceptable means for turning []in late work and thus I received a failing grade." (SAC, ¶ 90)</u> |

| SENIOR MANAGEMENT'S ALLEGED KNOWLEDGE OF ISSUES WITH THE NEW CLASSROOM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | "A May 19, 2014 complaint filed with the Better Business Bureau similarly recounted a student's frustration with the online classroom, an excerpt of which is here below: I have recently started attending UoP as of December of 2013. [When] I first started the online classroom environment was simple and easy to use. They recently rolled me over into a new class room environment and . . . [e]very single component of this class room is complicated. The original one was simple and easy to use. On the UoP forums hundreds and hundreds of listed complaints are available to read about how terrible the new classroom is. I asked my Academic advisor about the classroom if I could possibly revert to old format and I was simply told 'Its here to stay.' This is a poor business choice for a University, even a for-profit one. The new format was to add a touch of social networking in and modernize the UI. It lacks practicality and is difficult to do everything from just reading assignments, to discussion posts. UoP is terribly expensive and is no longer worth the time and energy spent." (SAC, ¶ 91)<br><br>"[A] website titled 'Is It Down Right Now,' collected complaints regarding the University of Phoenix system. Examples follow: … (February 10, 2014): I am getting so frickin' sick and damn tired of the constant BS with new platform, is this ever going to be fixed or should I just drop out now and save myself the constant stress of a website that never works properly?; (August 12, 2014): I called the tech line and it said students and faculty cannot log in right now. One is either notified by an error message or 'extreme slowness.'; (November 1, 2015): They will simply say "it's not our fault." That's the tech teams [sic] mantra, lol. It doesn't matter what the problem is, by now, they should *know what caused it. It started on Saturday and has been on-going, only getting worse, ever since. It's not some that are locked out, ALL are." (CAC, ¶ 68, SAC, ¶ 92) |
| **NEW CW 2: Apollo's Software Release Engineer from 2011 until September 2015** (SAC, ¶ 61 n.14) | She "confirmed that problems with the new classroom and discussions on drops in enrollments were acknowledged in quarterly emails in 2014. These emails usually came from either a senior VP or Greg Cappelli's office." (SAC, ¶ 85) |

| ALTERNATIVE PLATFORM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 1: Apollo's Release Engineer from January 2012 to mid-October 2015** (CAC, ¶ 51 n.4, SAC, ¶ 55 n.6) | He "explained that ~~earlier,~~ in January or February of 2015, and possibly as far back as late 2014, he heard from other Apollo employees that Apollo's Learning Management System would be 'going away.'" (CAC, ¶ 73, SAC, ¶ 99) |
| **CW 2: Apollo's IT Engineering Manager and Release Manager from October 2011 to July 2014** (CAC, ¶ 51 n.5, SAC, ¶ 55 n.7) | He "stated that Apollo's decision to transition from the new classroom to <u>a product from a third-party provider (which was ultimately revealed to be the '</u>Blackboard<u>' online classroom system)</u> was 'clearly made long before it was announced'<u> in June 2015,</u> explaining that before making the announcement, Apollo needed to have already had a prototype of the new system in place, and they must have already performed a 'proof of concept.' Given his experience, it takes several months to six months at a minimum for all of that to occur, as Apollo's switch to the new <u>Blackboard</u> system ~~(known as 'Blackboard')~~ was a drastic change." (CAC, ¶ 71, SAC, ¶ 95)<br><br>He "further explained the 'proof of concept' for such a large change. The proof of concept involves implementing the new platform for some classrooms and is aimed at showing that the new system will work, prior to full implementation of the new system. It involved, for instance, gathering feedback from students and professors, and would have to confirm that the new system will interact with some of the backend systems and enrollment systems that are not directly tied to the classroom. A significant amount of touch points and proof of concept work would have had to be done. A proof of concept is not fully customized, but all of the essential parts are there." (CAC, ¶ 72, SAC, ¶ 96)<br><br>He "<u>stated that Apollo was talking to third-party providers of online classroom software, including Blackboard, while he was at the Company. His director confirmed to him personally that those conversations were occurring. In addition, employees from the third parties were showing up for meetings and being recognized by Apollo's employees. Before [CW 2] left Apollo in July 2014, former Blackboard employees and former employees of the other companies that currently worked for Apollo would recognize representatives from these companies present at Apollo. The Apollo employees would see these representatives having appointments with Apollo VPs because the VP's office was near the rest of their offices. [CW 2] could not say definitively when these talks started, but he started hearing about it in early 2014, probably in January, February, and March.</u>" (SAC, ¶ 97)<br><br>He "felt that it was a huge decision to scrap the new classroom (as well as the old classroom) and go with a third-party provider, and summarized it as an opportunity for Apollo to cast off a lot of its information technology budget. In his view, part of what set Apollo and University of Phoenix apart was their approach to classrooms, 'and essentially that was a decision to negate all of that' as 'essentially Apollo gave up on any differentiation.'" (CAC, ¶ 75, SAC, ¶ 101) |

| ALTERNATIVE PLATFORM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| **CW 4: Apollo's Principal Systems Engineer from January 2012 to October 2015** (CAC, ¶ 54 n.7; SAC, ¶ 58 n.9)<br><br>**Responsibilities:** She "led a team of approximately 12 employees who were part of Apollo's release team and who handled all of the production releases and most of the Quality Assurance releases as well, including those for the new classroom. She spent all of her time in the release group, was responsible for installing and updating, and reported to Apollo's IT Engineering Manager and Release Manager, identified at footnote 7 herein. Within the new release group, there were 6-7 people dedicated entirely to the new classroom for several years, and that she managed employees who were solely dedicated to new classroom." (CAC, ¶ 54 n.7, SAC, ¶ 58 n.9) | She "explained [that] when Apollo's new Chief Information Officer, Sajor, arrived at Apollo ~~in 2012~~, he determined 'This is crap, and I'm not dealing with it anymore; find me a better solution.'" (CAC, ¶ 71, SAC, ¶ 95) "Sajor arrived at Apollo in 2012." (SAC, ¶ 95 n.24)<br><br>She "recounted how the decision to replace the new classroom with Blackboard was made early, and resulted in numerous layoffs. She stated that she woke up one day in April or May 2015 to an email saying that the Company was shutting down Apollo's San Jose office, and she later realized that the transition to Blackboard was the reason for that office closure. She explained that Apollo shut down the entire San Jose building with well over 100 people working in that office, and the employees in the San Jose office were either relocated to Phoenix or laid off." (CAC, ¶ 73, SAC, ¶ 99) |
| **CW 8: UOP's Executive Enrollment Sales Representative from September 2006 to November 2015** (CAC, ¶ 66 n.12, SAC, ¶ 88 n.19):<br><br>**Responsibilities:** She "was a team leader at the call center in Phoenix." (CAC, ¶ 66 n.12, SAC, ¶ 88 n.19) | She "stated [that] one of the pitches that enrollment advisors were supposed to make to prospective students was that the University's system was better than Blackboard, which was supposedly 'ancient.'" (CAC, ¶ 75, SAC, ¶ 101) |
| **Online learning analyst Phil Hill** ~~"An Industry Expert familiar with Apollo's transition away from the new classroom"~~ (CAC, ¶ 74, SAC, ¶ 100) | He "interviewed Apollo's CIO Mike Sajor and Apollo's Senior Director of Academic and Instructional Technology, David Fraser, regarding Apollo's June 2015 announcement that it was moving away from the new online classroom" (SAC, ¶ 100)<br><br>He "concluded that Apollo's senior management had to be aware of the new classroom falling apart ~~at least a year or two~~ long before ~~they~~ Apollo signed the contract that was disclosed in June 2015. ~~They had to have had the signs that something was seriously wrong with the platform, specifying that there could be no way that the problems would have been hidden from the CEO and the CFO.~~ According to Hill, there had to have been known issues with the online classroom well before the decision was made to find a commercial partner, and the issues were likely known to Apollo's executives at least a year before that decision. Hill stated that as of the point of this decision to find a commercial partner, the top executives had to have been in the loop with such a major strategic change." CAC, ¶ 74, SAC, ¶ 100) |

| ALTERNATIVE PLATFORM ||
|---|---|
| **WITNESS' POSITION, PERIOD OF EMPLOYMENT, AND RESPONSIBILITIES** | **STATEMENTS** |
| | In addition, ~~the expert~~ <u>Hill</u> specified that prior to the signing of the contract disclosed in June 2015, based on <u>typical project selections and experience in the market, these types of selections between third-party providers typically take at least 4-6 months.</u> ~~his experience, the Company took approximately four to six months in evaluating between choices for a third-party provider, he was sure that the process took several months, and he would be shocked if it were quicker than that.~~" (CAC, ¶ 74, SAC, ¶ 100) |
| <u>**NEW CW 3: UOP's Manager of Operational Development, Business Technology Integration, from February 2012 to January 2016**</u> (SAC, ¶ 68 n.15) | <u>She "described 2014 as an important year for Apollo's discussions with Blackboard. She stated that Apollo hired a third party to come in and perform an analysis of Blackboard in 2013, and in 2014 Apollo really started considering Blackboard." (SAC, ¶ 98)</u> |