# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Apollo Education Group Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-16-00689-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 26, 2017, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 26, 2017

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk