1  TIFFANY & BOSCO P.A.
   RICHARD G. HIMELRICK (State Bar No. 004738)
2  2525 East Camelback Road, Seventh Floor
   Phoenix, AZ 85016
3  Tel:   (602) 255-6000
4  rgh@tblaw.com

5  *Local Counsel for Lead Plaintiff*
   *Government of Guam Retirement Fund*

6  BERNSTEIN LITOWITZ BERGER
7     & GROSSMANN LLP
   BLAIR A. NICHOLAS (*pro hac vice*)
8  DAVID R. STICKNEY (*pro hac vice*)
   BRANDON MARSH (*pro hac vice*)
9  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
10 Tel:   (858) 793-0070
   blairn@blbglaw.com
11 davids@blbglaw.com
   brandon.marsh@blbglaw.com
12
   *Counsel for Lead Plaintiff Government*
13 *of Guam Retirement Fund and*
   *Lead Counsel for the Class*
14

15                    UNITED STATES DISTRICT COURT

16                           DISTRICT OF ARIZONA

17 | Rameses Te Lomingkit, Individually And     | No. 2:16-cv-00689-PHX-JAT
   | On Behalf Of All Others Similarly
18 | Situated,                                  | **CLASS ACTION**
19 |                 Plaintiff,                 | **PLAINTIFFS' NOTICE OF APPEAL
20 |                                            | AND NINTH CIRCUIT RULE 3-2
   |       v.                                   | REPRESENTATION STATEMENT**
21
22 | Apollo Education Group, Inc. (F/K/A
   | Apollo Group, Inc.); Peter V. Sperling,
23 | Gregory W. Cappelli; and Brian L. Swartz,
24
   |                 Defendants.
25

NOTICE IS HEREBY GIVEN that Lead Plaintiff, the Government of Guam Retirement Fund, and additional plaintiffs Rameses Te Lomingkit and National Shopmen Pension Fund (collectively with the Lead Plaintiff, "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the Order granting Defendants' motion to dismiss, entered on July 26, 2017 (ECF No. 97); and (2) the Judgment Of Dismissal In A Civil Case, entered on July 26, 2017 (ECF No. 98).

Dated: August 8, 2017         Respectfully submitted,

By: */s/ David R. Stickney*
         David R. Stickney

Blair A. Nicholas (*pro hac vice*)
David R. Stickney (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
blairn@blbglaw.com
davids@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Government of Guam Retirement Fund and Lead Counsel for the Class*

Richard G. Himelrick
TIFFANY & BOSCO P.A.
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016
Tel:   (602) 255-6000
rgh@tblaw.com

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund and the Class*

-1-

Jonah H. Goldstein
Robert R. Henssler Jr.
Matthew Balotta
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel:   (619) 231-1058
jonahg@rgrdlaw.com
bhenssler@rgrdlaw.com
mbalotta@rgrdlaw.com

*Counsel for Additional Plaintiffs Rameses Te Lomingkit and National Shopmen Pension Fund*

**CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Lead Plaintiff-Appellant in this action, the Government of Guam Retirement Fund, is represented by the following Counsel:

Lead Counsel:
Blair A. Nicholas …………………………………………..blairn@blbglaw.com
David R. Stickney……………………………………………davids@blbglaw.com
Brandon Marsh…………………………………….....brandon.marsh@blbglaw.com
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Local Counsel:
Richard G. Himelrick……………………………………………....rgh@tblaw.com
TIFFANY & BOSCO P.A.
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016
Tel: (602) 255-6000
Fax: (602) 255-0103

Plaintiffs-Appellants Rameses Te Lomingkit and National Shopmen Pension Fund are represented by the following Counsel:

Jonah H. Goldstein……………………………………...............jonahg@rgrdlaw.com
Robert R. Henssler, Jr…...………………………………...…bhenssler@rgrdlaw.com
Matthew Balotta…………………………………………….mbalotta@rgrdlaw.com
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

Defendants-Appellees in this action, Apollo Education Group, Inc. and individual defendants Peter V. Sperling, Gregory W. Cappelli, and Brian L. Swartz, are represented by the following counsel:

David B. Rosenbaum……………………………………drosenbaum@omlaw.com
Brian K. Mosley……………………………………………..bmosley@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012
Tel: (602) 640-9000
Fax: (602) 640-9050

Michael G. Bongiorno……………………….michael.bongiorno@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street, 7 World Trade Center
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

Peter A. Spaeth…………………………………….peter.spaeth@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the email addresses denoted in the Electronic Mail Notice List.

                                                           */s/ Ashley Lee*
                                                           ASHLEY LEE