UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAMESES TE LOMINGKIT, Individually and on behalf of all others similarly situated; et al.,

Plaintiffs-Appellants,

v.

APOLLO EDUCATION GROUP, INC.; et al.,

Defendants-Appellees.

No. 17-16634

D.C. No. 2:16-cv-00689-JAT
District of Arizona,
Phoenix

ORDER

Before: M. SMITH, NGUYEN, and BENNETT, Circuit Judges.

The Court is in receipt of the parties' Joint Notice of Settlement and Motion to Remand the Case to the United States District Court for the District of Arizona for Consideration of the Settlement and Notice to the Class.

The Motion is granted as follows:

(1) The oral argument scheduled for December 21, 2018 is vacated and appellate proceedings are stayed; and

(2) This matter is remanded to the District Court for the purpose of considering the parties' settlement agreement.