TIFFANY & BOSCO P.A.
RICHARD G. HIMELRICK (State Bar No. 004738)
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016
Tel:   (602) 255-6000
rgh@tblaw.com

*Local Counsel for Lead Plaintiff*
*Government of Guam Retirement Fund*

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (*pro hac vice*)
BRANDON MARSH (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
davids@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Government*
*of Guam Retirement Fund and*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Rameses Te Lomingkit, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Apollo Education Group, Inc. (F/K/A Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, Brian L. Swartz, Joseph L. D'Amico And Gregory J. Iverson,<br><br>Defendants. | Case No. 16-cv-00689-PHX-JAT<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS REPORT** |

Lead Plaintiff the Government of Guam Retirement Fund and Defendants Apollo Education Group, Inc. (F/K/A Apollo Group, Inc.), Peter V. Sperling, Gregory W. Cappelli, and Brian L. Swartz respectfully submit this Joint Status Report pursuant to the Court's Order dated December 20, 2018. *See* ECF No. 104.

## I. **Procedural History**

This action was commenced on March 14, 2016. On June 16, 2016, the Honorable Douglas L. Rayes appointed the Government of Guam Retirement Fund as Lead Plaintiff pursuant to provisions of the Private Securities Litigation Reform Act. *See* 15 U.S.C. §78u-4(a)(3)(B). On August 15, 2016, Lead Plaintiff and additional plaintiffs ("Plaintiffs") filed a Consolidated Class Action Complaint alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. On October 14, 2016, Defendants filed a motion to dismiss. After full briefing and a hearing, the Court granted Defendants' motion.

On March 9, 2017, Plaintiffs filed the Amended Class Action Complaint, which is the operative Complaint. On March 29, 2017, Defendants filed a motion to dismiss. After full briefing and a hearing, the Court granted the motion on July 26, 2017.

On August 8, 2017, Plaintiffs filed a notice of appeal regarding the Court's decision granting the motion to dismiss. While the appeal was pending, the parties commenced mediation. On March 21, 2018, the parties participated in an in-person mediation overseen by Jed Melnick, Esq. at JAMS. The parties left the mediation at an impasse. The appeal was fully briefed by June 25, 2018.

The parties continued settlement discussions, and on December 17, 2018, the parties reached an agreement in principle to settle the litigation and notified the Ninth Circuit of the same. On December 18, 2018, the Ninth Circuit entered an order staying appellate proceedings and remanding the case to this Court for the purpose of considering the parties' settlement agreement. On December 20, 2018, this Court ordered the parties to file a joint status report by January 7, 2019 outlining what remains to be completed in this case, including proposed deadlines. *See* ECF No. 104.

## II. Remaining Case Schedule

The parties have signed a binding Term Sheet related to the settlement and have agreed to use best efforts to finalize a Stipulation and Agreement of Settlement ("Settlement Agreement") by February 1, 2019.  Lead Plaintiff will file a Motion For Preliminary Approval of the settlement within ten (10) business days of execution of the Settlement Agreement.  The Motion For Preliminary Approval will include a proposed Preliminary Approval Order and form of notice for the Class.

If approved, the Preliminary Approval Order will authorize notice to be sent to the Settlement Class describing the settlement and its terms.  Notice will be given to members of the Settlement Class informing them of their right to object or opt out of the Settlement Class and the date for the final approval hearing (the "Settlement Hearing"). The Settlement Hearing may then be conducted to enable the Court to make a final determination as to whether the settlement is fair, reasonable, and adequate.  The proposed Preliminary Approval Order will contain a proposed schedule for notice to the Settlement Class and for a hearing to consider final approval of the settlement.

In advance of the final Settlement Hearing, Lead Plaintiff will submit detailed final approval papers that describe Lead Plaintiff's and Lead Counsel's basis for approving the settlement.  These papers will include Lead Plaintiff's Motion For Final Approval of the proposed settlement and Lead Counsel's motion for attorneys' fees and reimbursement of litigation expenses, along with detailed supporting declarations.

Dated: January 7, 2019               Respectfully submitted,

By: */s/ David R. Stickney*

David R. Stickney (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070

davids@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Government of Guam Retirement Fund, and Lead Counsel for the Class*

Richard G. Himelrick
TIFFANY & BOSCO P.A.
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016
Tel: (602) 255-6000
rgh@tblaw.com

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund and the Class*

Joseph D. Daley
Robert R. Henssler Jr.
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
joed@rgrdlaw.com
bhenssler@rgrdlaw.com

*Counsel for Plaintiffs National Shopmen Pension Fund and Rameses Te Lomingkit*

| | |
|---|---|
| Dated: January 7, 2019 | By: */s/ Michael G. Bongiorno (w/permission)* |
| | Michael G. Bongiorno |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Tel: (212) 230-8800 |
| | michael.bongiorno@wilmerhale.com |
| | |
| | Peter A. Spaeth |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 60 State Street Boston, MA 02109 |
| | Tel: (617) 526-6000 |
| | peter.spaeth@wilmerhale.com |
| | David B. Rosenbaum |
| | OSBORN MALEDON, P.A. |
| | 2929 North Central Ave., Suite 2100 |
| | Phoenix, AZ 85012 |
| | Tel: (602) 640-9000 |
| | drosenbaum@omlaw.com |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the email addresses denoted in the Electronic Mail Notice List.

                                              */s/ David R. Stickney*
                                              DAVID R. STICKNEY